640-00-113L

RFP 261-0341-01

**SOLICITATION, OFFER, AND AWARD**
*(Construction, Alteration, or Repair)*

1. SOLICITATION NO.: RFP 261-0341-01
2. TYPE OF SOLICITATION: [ ] ADVERTISED (IFB) [X] NEGOTIATED (RFP)
3. DATE ISSUED: 08/17/01
PAGE OF PAGES: VO

IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.

4. CONTRACT NO.: V261C-1096
5. REQUISITION/PURCHASE REQUEST
6. PROJECT NO.: 640-00-113L

7. ISSUED BY — CODE 962CCA

VINCE OSORIO, CONTRACTING OFFICER (Martinez)
VA PALO ALTO HEALTH CARE SYSTEM
MARTINEZ DIVISION
150 MUIR ROAD
MARTINEZ, CA 94553

8. ADDRESS OFFER TO: SAME AS ITEM #7

9. FOR INFORMATION CALL: A. NAME: VINCE OSORIO — B. TELEPHONE NO. *(Include area code) (NO COLLECT CALLS)*: (925) 372-2038

**SOLICITATION**

NOTE: In advertised solicitations "offer and offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS *(Title, identifying no., date)*:

**SPECIFICATIONS:** "RENOVATE INTERIOR FINISH BLDG. 90 LIVERMORE"; PROJECT 640-00-113L

Description of Work: Contractor shall provide labor, materials, equipment, and supervision to perform the work identified as "Renovate Interior Finish Bldg. 90 at VA Palo Alto Health Care System, Livermore Division. Work includes general construction, selected demolition, alterations, mechanical and electrical work, casework, utility systems, necessary removal of existing asbestos and certain other items.

NAICS CODE: 233320 — COST RANGE: BETWEEN $1,000,000.00 AND $2,000,000.00

AWARD SUBJECT TO AVAILABILITY OF FUNDS

Notice: Clause FAR 52.222-37 Employment Reports on Disabled Veterans and Veterans of the Vietnam Era is incorporated by reference in this contract. Public Law (P.L.) 105-339, Section 1354 provides that no agency may enter into a contract with a contractor who has not filed a VETS-100 report for the preceding fiscal year under Title 38 Section 4212(d). A contract can be placed with that contractor as soon as the report required by section 4212(d) for the fiscal year concern is filed with the Department of Labor. P.L. 105-339 also increased the threshold of covered contracts and subcontracts from $10,000 to $25,000. You are strongly urged to complete this report as soon as possible to avoid delays in the contract award process. This can be done "on-line" at: http://vets100.cudenver.edu/

11. The Contractor shall begin performance within 10 calendar days and complete it within ~~XXX~~ 436 calendar days after receiving [X] award, [ ] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See ___)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)* [ ] YES [ ] NO

12B. CALENDAR DAYS: 10

13. ADDITIONAL SOLICITATION REQUIREMENTS

640-00-113L

RFP 261-0341-01

25

A. Offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 1300 (hour) local time September 13, 2001 (date). If this is an advertised solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will be considered nonresponsive and will be rejected.

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

WEST BAY BUILDERS INC.
615 Lindaro Street
San Rafael, CA 94901

CODE

FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
(415) 456-8972
FAX 415-459-0605

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

Same

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government within ______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ BASE OFFER AMOUNT: $ 1,267,000

Alt. #1 1,249,000 Alt. #2 1,248,000

Alt. #3 1,243,000 Alt. #4 1,233,000

18. The offeror agrees (a) to carry out this offer if the Government accepts it by signing Item 31B within the time specified in Item 13D, and (b) to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**

*(The offeror acknowledges receipt of amendments to the solicitation -- give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | 4 | 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 8/27/01 | 9/8/01 | 9/13/01 | 9/18/01 | 9/20/01 | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*
Paul Thompson, President

20B. SIGNATURE
[signature]

20C. OFFER DATE
9/25/01

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED

ALL

22. AMOUNT
$1,267,000.00

23. ACCOUNTING AND APPROPRIATION DATA
640-361-20160-1233-854200

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM PRE-CON

25. NEGOTIATED PURSUANT TO 10 USC 2304(c) 41 USC 253(c)

26. ADMINISTERED BY CODE 90/CCA

VINCE OSORIO, CONTRACTING OFFICER (Martinez)
VA PALO ALTO HEALTH CARE SYSTEM
MARTINEZ DIVISION
150 MUIR ROAD
MARTINEZ, CA 94553

27. PAYMENT WILL BE MADE BY

SAME AS ITEM #26

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

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

RFP 261-0341-01

| | |
|---|---|
| 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* [illegible] // Gary Adkins |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA BY / 31C. AWARD DATE 11/20/01 |