2
237
Counter

**VETERANS HEALTH ADMINISTRATION**
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2S05
McClellan AFB, CA 95652-1074

9 May 2002

West Bay Builders
Attn: Mr. Paul Thompson
615 Lindaro St.
San Rafael, CA. 94901

**VIA TELEFAX**

5/8

SUBJ: Contract V261C-1096. Renovate Interior Finish Bldg 90, Floor Moisture Sealant Requirement

RE: WBB Letter of Response Dated 5/2/02 and VA/WBB Conference of 5/7/02

Dear Mr. Thompson,

1. Please consider this letter to be formal direction to proceed with floor moisture vapor sealing of the entire area being renovated by West Bay Builders under the current contract. For purposes of the sealing application it was the intent of the VA to indicate in the contract (via amendment #4) that the successful bidder on this project was to use 15 lbs of vapor pressure as the existing level for all floor surfaces. The maximum level of vapor pressure measured **after** application in all areas shall not exceed 3 lbs. In addition, West Bay Builders, upon acceptance by the VA of sealant and tile installation, shall warrant the work for a period of 10 years in accordance with existing contract terms and conditions.

2. If you wish to submit a claim for the cost associated with the sealant effort you are required to provide notice to this office within the next 30 days. Your proposal associated with the cost of the claim will have to include a certification by yourself as follows:

> "This claim is made in good faith and the supporting data are accurate and complete to the best of my knowledge and belief, and the requested amount reflects the contract adjustment for which it believes the Government is liable."

3. Further information regarding the claims procedure and Federal Acquisition Requirements has been faxed earlier to Mr. Vierra, your Project Manager. Key references are Federal Acquisition Regulation(FAR) 33.201 "Disputes and Appeals" and FAR 52.233-1 "Disputes". Both of these documents may be located on the internet and both are applicable to your contract. Your claim must also stand the test of reasonableness and will be assessed in the same manner as any other negotiated procurement. If you have any further questions please give me a call at 916-561-7590.

MELVIN P. KOENIG
Contracting Officer

Cy: COTRs