WEST BAY BUILDERS

General Contractor

San Rafael, California [illegible]
Tel [illegible]
Fax [illegible]

May 03, 2002

Mr. Mel Koenig
VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2S05
McClellan, CA 05652-7590

RE: Renovation Building 90 - Livermore
Letter #237- 007 – Floor Moisture Sealant – CPE 03

Dear Mr. Koenig,

This is a follow-up to the letter Paul Thompson issued yesterday regarding our additional costs for the floor moisture sealant (WBB CPE 03). In reviewing the letter, our estimate and our schedule of values, we have determined that there was a misstatement in yesterday's letter.

Our letter referred to the $8,000 shown in our schedule of values (line item #60) as our original budget for this scope. This statement was not accurate. The amount shown for line #60 is our budget for the sealants outlined in specification section 07920 (Sealants and Caulking). Our estimate for the floor moisture sealant required was $2,000 and was combined with the flooring scope and included in line #100 on our schedule of values (Res. Flooring/Carpet).

We apologize for any confusion that may have been caused by our misstatement. Please do not hesitate to call if you have any questions regarding this information.

Sincerely,

Kurtis A. Vierra
Project Manager

**VIA FAX: (916) 561-7490 – 01 PAGE**

cc: Vince Osorio
Paul Thompson
Jobsite
CPE 03

**WEST BAY BUILDERS**

General Contractor

P.O. Box 3424
San Rafael, California 94912-3424
Tel 415/456-8972
Fax 415/459-0065

# CHANGE PROPOSAL ESTIMATE

TO: VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2505
McClellan, CA 95652-7590

ATTN: MR. Melvin Koenig

CPE # 03
PCO #
DATE: May 2, 2002
PROJECT: LIVERMORE BLDG 90
JOB # 237

We submit for your approval the following cost estimate of changes in work as follows:
SHOTBLAST AND SEAL FLOORS WHERE MOISTURE TEST DOES NOT EXCEED THE 15LB THRESHOLD IDENTIFIED IN SPECIFICATIONS

This change was requested by: OWNER

| ITEM | ATT. # | LABOR | MTL/EQUIP | SUBS | TOTAL |
|---|---|---|---|---|---|
| SURFACE SOLUTION INNOVATIONS | 01 | | | $121,185.00 | $121,185.00 |
| | | | | | $0.00 |
| ADDITIONAL CLEAN UP | | | | | $0.00 |
| 2 MAN DAYS/PHASE X 4 PHASES = 64 HRS | | $3,264.00 | $200.00 | | $3,464.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | $3,264.00 | $200.00 | $121,185.00 | $124,649.00 |

| | | | | |
|---|---|---|---|---|
| OVERHEAD | 15 % | $124,649.00 | | $18,697.35 |
| | | | SUBTOTAL | $143,346.35 |
| PROFIT | 10 % | $143,346.35 | | $14,334.64 |
| | | | | $157,680.99 |
| TOTAL AMOUNT FOR CHANGE PROPOSAL | | | | $157,681.00 |
| TIME EXTENSION REQUIRED FOR THIS CHANGE | | | | 30 (WORKING DAYS) |

☐ We have proceeded with this change, and work orders have been sent to the subcontractors, in accordance with

☒ We will not proceed with this change until receipt of a signed copy of this proposal. This proposal must be accepted by May 6, 2002 in order to avoid additional time extension and/or expense.

WE RESERVE THE RIGHT TO CLAIM FOR THE RELATED COSTS THAT MAY OCCUR DUE TO THE CHANGED CONDITION. THE EXTENT AND AMOUNT WILL BE DETERMINED AT A LATER DATE WHEN THE FULL IMPACT OF ITS IMPLEMENTATION CAN BE MORE ACCURATELY DETERMINED.

APPROVED: __________

DATE: __________

WEST BAY BUILDERS

BY: [signature]