2:28PM WEST BAY BUILDERS, INC NO. 475 P. 9/16

WEST BAY BUILDERS

General Contr
License Number 62
P.O. Box 3
San Rafael, California 94912-3
Tel 415 / 456-8
Fax 415 / 459-0

June 10, 2002

Mr. Mel Koenig
VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2505
McClellan, CA 05652-7590

RE: Renovation Building 90 - Livermore
Letter #237- 009 – Floor Moisture Sealant – CPE 03

Dear Mr. Koenig,

We have revised our CPE #03 to reflect the actual subcontractor performing the work. Please find the attached CPE #03.2 which reflects the corrected price for this scope.

Based on the specific language in paragraph 1.02.A of section 09800 (Special Contings Floor Concrete Moisture Sealant), this scope of work is not required where the moisture tests do not exceed 15 lbs. As our previous documentation has shown, none of the moisture test at this facility has exceeded the 15 lb threshold that would require the application of this section of the specifications.

We have proceeded with this work based on our conversations and the VHA's written direction to proceed. Our positions remains that this work is not required by the Contract Documents and therefore, we are entitled to full compensation for this additional scope. Please find in this package our current estimate for this work, the quotation from our subcontractor, the results for the moisture test conducted and the certification required for a claim in excess of $100,000.

Please review this documentation and let me know if you have any questions.

Sincerely,

Kurtis A. Vierra
Project Manager

VIA FAX: (916) 561-7490 – 08 PAGES

cc: Paul Thompson
Jobsite
CPE 03

WEST BAY BUILDERS

General Contractor
License Number 626859
P.O. Box 3474
San Rafael, California 94912-3474
Tel 415/456-8972
Fax 415/459-0665

Project: Renovation of Building 90 Livermore VA
Contract #V261C – 1096
West Bay Builders Change Proposal Estimate #003

I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the contractor thinks the Government is liable; and that I am duly authorized to certify the claim on behalf of the contractor.

Kurt A. Dezza SR. PROJECT MANAGER FOR:

Paul Thompson
President

NOV. 5.2003 2:28PM WEST BAY BUILDERS, INC NO.475 P.11/16

WEST BAY BUILDERS

General Contractor
License Number 626859
P.O. Box 3474
San Rafael, California 94912-3474
Tel 415 / 456-8972
Fax 415 / 459-0665

# CHANGE PROPOSAL ESTIMATE

TO: VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2505
McClellan, CA 95652-7590

ATTN: MR. Melvin Koenig

CPE # 3.2
PCO #
DATE: June 10, 2002
PROJECT: LIVERMORE BLDG 90
JOB # 237

We submit for your approval the following cost estimate of changes in work as follows:
SHOTBLAST AND SEAL FLOORS WHERE MOISTURE TEST DOES NOT EXCEED THE 15LB THRESHOLD IDENTIFIED IN SPECIFICATIONS

This change was requested by: OWNER

| ITEM | ATT. # | LABOR | MTL/EQUIP | SUBS | TOTAL |
|---|---|---|---|---|---|
| LOOR SEAL TECHNOLOGY | 01 | | | $119,040.00 | $119,040.00 |
| | | | | | $0.00 |
| DDITIONAL CLEAN-UP | | | | | $0.00 |
| MAN DAYS/PHASE X 4 PHASES = 64 HRS | | $3,264.00 | $200.00 | | $3,464.00 |
| | | | | | $0.00 |
| LOOR SEALANT BUDGET IN BID | | | | ($2,000.00) | ($2,000.00) |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | $3,264.00 | $200.00 | $117,040.00 | $120,504.00 |
| OH ON WBB WORK UNDER $20,000 | 10 % | | $3,464.00 | | $346.40 |
| PROFIT ON WBB WORK UNDER $20,000 | 10 % | | $3,810.40 | | $381.04 |
| FEE ON 1ST $20,000 OF SUB WORK | 10 % | | $20,000.00 | | $2,000.00 |
| FEE ON NEXT $30,000 OF SUB WORK | 7.5 % | | $30,000.00 | | $2,250.00 |
| FEE ON BALANCE OF SUB WORK | 5 % | | $67,040.00 | | $3,352.00 |
| | | | | | $128,833.44 |
| TOTAL AMOUNT FOR CHANGE PROPOSAL | | | | | $128,833.00 |
| TIME EXTENSION REQUIRED FOR THIS CHANGE | | | | | 30 (WORKING DAYS) |

[X] We have proceeded with this change, and work orders have been sent to the subcontractors, in accordance with DIRECTION GIVEN BY COTR AND CCA IN MEETING OF 05/07/02

[ ] We will not proceed with this change until receipt of a signed copy of this proposal. This proposal must be accepted by ____________ in order to avoid additional time extension and/or expense.

WE RESERVE THE RIGHT TO CLAIM FOR THE RELATED COSTS THAT MAY OCCUR DUE TO THE CHANGED CONDITION. THE EXTENT AND AMOUNT WILL BE DETERMINED AT A LATER DATE WHEN THE FULL IMPACT OF ITS IMPLEMENTATION CAN BE MORE ACCURATELY DETERMINED.

APPROVED: ____________

DATE: ____________

WEST BAY BUILDERS

BY: [signature]

FLOOR SEAL
TECHNOLOGY

# PROPOSAL

| | | |
|---|---|---|
| Date: | May 6, 2002 | |
| Buyer: | West Bay Builders, Inc.<br>515 Lindaro St.<br>San Rafael, CA 94912 | V.A. Nursing Home, Bldg. 90<br>4951 Arroyo Rd.<br>Livermore, CA 94550<br>Ken Remmers 415/203-1477 |
| Phones:<br>Attn: | 415/456-8972 415/456-0685<br>Kurt Vierra 415/203-7009 | |

Schedule Notes: Proposal based on 4 mobilizations, during regular business hours, with all work area segregation by GC.

Project Coordinator: Sue Unterreiner, 408-807-5764, Fax 408-436-8254

---

Job Site Summary: Based on vapor emission test results ranging from 7.8 to 14.4 lbs. of emission, we herein propose the following (warranted to 15 lbs.) system recommendation.

SPECIFICATION SECTION 09800 FLOOR CONCRETE MOISTURE SEALANT

Scope of Work: **Installation of System III Treatment in areas specified -**
VCT/CARPET AREAS ONLY:
Includes masking & wall protection, scarification by shot blasting, crack & joint repair, THREE APPLICATIONS of our MES 100, and cementitious final finish. All materials, installation and finished floor coverings are warranted for a period of ten years against failure due to vapor emission up to 15 pounds per 1000 square feet per 24 hours and/or excessive alkalinity up to a pH of 12.

24,800 sf @ $ 4.80/sf = $ 119,040.00

Moisture testing: $ 50.00/test for all future testing.

**Total** **$119,040.00**

Exceptions and Exclusions:
- The work area must be scraped and broom cleaned and free of all debris, and other trades prior to commencing our work.
- ✱ - The proposed Scope of Work will be performed in one mobilization of phase unless otherwise noted.
- Excludes removal of all existing patching materials, leveling compounds, adhesives, and coatings, unless otherwise noted.

✱ 1 MOBILIZATION / PHASE
4 PHASES PER CONTRACT

FST Initial [signature] Buyer Initial [signature] 5-8

- Does not include premium hours unless otherwise noted.
- Warranty must be registered for validation.
- Buyer must provide adequate water, lighting, electrical services, and trash receptacles.
- Buyer must provide adequate and acceptable access for loading and unloading of materials including mechanical access to upper floors.

---

Contractual Terms and Agreement:

1. This proposal becomes a Contractual Agreement when signed and dated by Seller (Floor Seal Technology, Inc.) and Buyer (as noted above). The inclusion of price and/or scope of work from this document onto any other contract document binds all of the terms and conditions of this proposal to that document.

2. All concrete surfaces are subject to physical inspection and quantitative vapor measurement prior to execution of vapor emission compliance procedures.

3. Buyer acknowledges that certain drying and curing times are necessary for Floor Seal Technology, Inc. processes to be successful. Subsequent, premature installation of floor coverings and coatings may damage and compromise the effectiveness of the Floor Seal Technology, Inc., vapor control system. Buyer must not begin flooring installation until such time is designated by Floor Seal Technology supervisor. Failure to comply with this requirement will void the warranty.

4. Floor Seal Technology, Inc. will deliver to Buyer a warranty registration form. It is the Buyer's responsibility to ensure that the Warranty registration form is filled out and submitted to Floor Seal Technology, Inc. Upon receipt, Floor Seal Technology, Inc., will issue official warranty documentation. No warranty, implied or otherwise, will be honored without receipt of these materials.

5. This proposal is valid for a period of thirty (30) days unless noted otherwise.

6. The surface to be treated must be free of objects, debris, and interference with other trade groups. Floor Seal Technology, Inc., is not responsible for the removing or replacement of furniture or other obstructive fixtures. The Buyer shall pay expenses of any delay or additional costs caused by the failure of the Buyer to provide working conditions described herein. Seller assumes no liability for any delays in delivery of commencement of work resulting in causes beyond Seller's control, including but not limited to problems of transportation, acts of God, war, or government intervention. Any damage to the finished Floor Seal Technology, Inc., Fiberseal System, not caused by Seller's employees, will result in additional charges for correction.

7. Procedures quoted do not include night, week-end, holiday or over-time hours unless specified in "EXCEPTIONS AND EXCLUSIONS" or "SCOPE OF WORK". Floor Seal Technology, Inc., is not responsible for floor leveling, patch and/or gypsum removal unless specified in this document under "SCOPE OF WORK". All work to be performed under this contract shall be completed in one phase or mobilization. Should the Buyer require modifications to these terms after document signature or after work has commenced, a Change-Order must be issued in writing. Change-Orders must be accepted in the office of Floor Seal Technology, Inc., prior to the commencement of any additional work not covered in the original "SCOPE OF WORK", or before work can be continued. ✗ SEE ATTACHED NOTE

8. Due to the extensive dry time of our products, removal of our masking/protection materials shall be borne by the Buyer unless specified as Seller's assignment in scope of work.

FST Initial DJA Buyer Initial KV 5-8

9. Unless otherwise noted and described, a cementitious final finish is applied over the designated moisture control system to facilitate a bonding surface for adhesives and coatings. We do not guarantee this surface to be "tile ready" and final prep work should be anticipated by the floor covering or coating installer.

10. CANCELLATION CLAUSE: Contracts cancelled within 72 hours of contractual acceptance will not be subject to arranged payment schedule. Cancellation must be prescribed in writing. After 72 hours, buyer hold financial responsibility for all freight charges of product to and from construction site and a 20% restocking charge, if applicable. Additionally, cancellations received less than 72 hours of scheduled start date will result in a charge of four man-hours per scheduled crew member, plus all travel expenses incurred.

11. Upon delivery of materials to job site, Buyer shall adequately protect such materials against theft, damage, or abuse.

12. Buyer shall provide Floor Seal Technology with adequate electrical power, water, and accessibility necessary to complete the project described above. Buyer shall also provide trash receptacles adequate for all waste materials resulting from this project.

13. TERMS: Net 30 days. A finance charge of 1.5% per month (annual percentage rate of 18%) will be assessed on all invoices not paid within thirty days. All orders are subject to acceptance by Floor Seal Technology, Inc., and all open accounts are directed to the Corporate Headquarters Offices in San Jose, California.

14. ATTORNEY FEES PROVISION: Parties understand and agree that in the event suit is brought to enforce or interpret any part of this contract, the prevailing party shall be entitled to recover attorneys' fees to be fixed by the court.

15. No materials will be ordered, nor manpower will be scheduled until a signed copy of this proposal is returned to Floor Seal Technology, Inc. offices.

16. Contractors are required by law to be licensed and regulated by the Contractors State License Board. Any questions concerning a contractor may be referred to the Registrar, Contractors State License Board, 3132 Bradshaw Road, Sacramento, California. Mailing Address: P.O. Box 26000, Sacramento, California 95826.

Proposal Accepted by: West Bay Builders, Inc.

Kurtis A Viezza (handwritten) — Print or type name
[signature] — Signature
5/8/02 — Date

Proposal Submitted by:

[signature]
5/08/02 — Date

Floor Seal Technology, Inc.
1005 Amos Ave.
Milpitas, CA 95035
412670

# VAPRECISION

## Moisture Vapor Emission Test Report & Concrete Analysis

Job: **V.A. Nursing Home, Bldg. 90**

Contractor: **West Bay Builders, Inc.**

| Test No. | Location | Initialization Date | Time | Weight | Termination Date | Time | Weight | Gain | Hrs | Lbs Emiss. | pH | PSI | Permeability | Tramex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stairway 1 | 07/23/99 | 08:25 | 30.5 | 07/26/99 | 10:57 | 38.1 | 7.6 | 74.5 | 12.1 | 13 | 8,100 | 1 | 5.7 |
| 2 | Electrical Room | 07/23/99 | 08:40 | 30.3 | 07/26/99 | 10:59 | 32.0 | 1.7 | 74.3 | 2.7 | 11 | 8,300 | 1 | 3.5 |
| 3 | Stairway 2 | 07/23/99 | 08:59 | 30.2 | 07/26/99 | 11:03 | 39.2 | 9.0 | 74.1 | 14.4 | 13 | 7,900 | 1 | 5.7 |
| 4 | B-181 | 07/23/99 | 09:15 | 30.8 | 07/26/99 | 10:57 | 36.9 | 6.1 | 73.7 | 9.8 | 13 | 7,900 | 1 | 5.7 |
| 5 | B-178 | 07/23/99 | 09:32 | 30.4 | 07/26/99 | 10:54 | 35.2 | 4.8 | 73.4 | 7.8 | 10 | 1 | 1 | 5.4 |
| 6 | Room (a) | 04/26/02 | 11:10 | 30.2 | 04/29/02 | 10:45 | 35.0 | 4.8 | 71.6 | 8.0 | 12 | | | 1.0 |
| 7 | Hallway | 04/26/02 | 11:12 | 30.3 | 04/29/02 | 10:47 | 36.2 | 5.9 | 71.6 | 9.8 | 13 | | | 1.0 |
| 8 | Hallway | 04/26/02 | 11:14 | 30.2 | 04/29/02 | 10:49 | 35.0 | 4.8 | 71.6 | 8.0 | 12 | | | 1.0 |
| 9 | Room (b) | 04/26/02 | 11:16 | 30.7 | 04/29/02 | 10:51 | 35.8 | 5.6 | 71.6 | 9.3 | 13 | | | 1.0 |

Emission summary

| | | | | |
|---|---|---|---|---|
| 3.0+ | 6.0+ | 9.0+ 3 | 12.0+ 1 | 16.0+ |
| 4.0+ | 7.0+ 1 | 10.0+ | 13.0+ | 18.0+ |
| 5.0+ | 8.0+ 2 | 11.0+ | 14.0+ 1 | 20.0+ |

| | Temperature | Humidity |
|---|---|---|
| High | | |
| Low | | |

| Internal RH | Temp. | DP |
|---|---|---|
| | | |

Comments / Slab Age:

* - TESTS 1 - 5 NOT APPLICABLE. THESE TEST WERE PERFORMED BY FLOOR SEAL TECHNOLOGY AS A CONSULTANT TO THE VA PRIOR TO THIS CONTRACT.

04/22/02
04222WES

Taylor Tools
11075 E. 47th Avenue
Denver, Colorado 80239
(303) 371-7567 Fax: 371-7669

To: West Bay Builders
4551 Arroyo Rd.
Livermore, CA 94550

Fax: 925-245-0682

We have analyzed the Calcium Chloride Moisture Test Plot/s you recently sent us. The results were as follows.

| Plot # | Change in Weight grams | Test Duration Hours** | Result Lbs. *Moisture |
|---|---|---|---|
| TEST PLOT #1 | 4.6 | 66.50 | 7.52 |
| TEST PLOT #2 | 2.8 | 66.50 | 4.58 |
| - | 0.0 | 0.00 | 0.00 |
| - | 0.0 | 0.00 | 0.00 |
| - | 0.0 | 0.00 | 0.00 |
| - | 0.0 | 0.00 | 0.00 |

*Results indicate the level of moisture migration (in lbs) over a 1,000 square foot area during a twenty four (24) hour time period. _Please contact the manufacturer of the products you wish to put down to ascertain the acceptable levels for their products._

**Test duration must be from 60 to 72 hours. No results will be calculated on test duration out side this time period.

Results processed by:
Patty Applehans
Clerk

NOTICE

The numerical results reported above reflect the tests we performed on the samples we received at our office. We did not perform the moisture collection tests and we do not know if they were properly conducted or if anything occurred while the samples were in transit which could have affected our measurements of moisture content. Accordingly, we warrant only that the test results reported above accurately reflect the weight gain in the test plots over their standard dry weight.