**VETERANS HEALTH ADMINISTRATION**
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2S05
McClellan Park, CA 95652-1074

6 November 2002

West Bay Builders
Attn: Mr. Kurtis Vierra
P.O. Box 3474
San Rafael, CA 94912-3474

Subject: Contract V261C-1096, Bldg 90, Floor Moisture Sealant Claim

Ref: WBB Letter of 10 June 2002

Dear Mr. Vierra:

In accordance with FAR 33.211 your are hereby notified that the claim you initiated 10 June 2002 is currently under review and a decision will be issued within 60 days of my receipt of supplemental data. We had previously discussed the VA necessity for a delay in the review which was prompted by my surgery and other priorities with end of FY02 projects.

Please provide me with the following supplemental pricing data in order that I may verify the accuracy of your claimed amount:

1. WBB actual labor costs( $3,264 claimed)
2. The actual subcontract costs incurred for the effort noted in the proposal of Floor Seal Technology proposal dated 8 May 2002. ($119,040.00 claimed)

Once I have received the requested data I will provide you with notice of acceptance and the 60 day clock will begin. Thank you for your cooperation.

MELVIN P. KOENIG
Contracting Officer/ CCA 90