**VETERANS HEALTH ADMINISTRATION**
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2S05
McClellan Park, CA 95652-1074

RECEIVED
JAN 10 2003
WEST BAY BUILDERS, INC.

8 Jan 2003

West Bay Builders
Attn: Mr. Kurt Vierra
615 Lindaro Street
San Rafael, CA 94901

Subject: Contract V261C-1096, Bldg 90, Floor Moisture Sealant Claim

Ref: WBB Claim Dated 10 June 2002

Dear Mr. Vierra,

1. A lengthy review of the merit of your claim has resulted in an interpretation of the contract provisions which is favorable to West Bay Builders. Therefore, the costs incurred will be treated as a Government directed Change Order with overhead and profit limited to the VA Acqisition Regulation 852.236-88 stated amounts.

2. The calculation of total allowed costs and profits is as follows:

| | |
|---|---|
| Total Costs: | $120,504.00 |
| Ohd&Profit: | |
| $20,000@10.0% | $2,000.00 |
| $30,000@ 7.5% | $2,250.00 |
| $70,504@ 5.0% | $3,525.20 |
| **TOTAL** | $128,279.20 |

3. Please sign and return the attached Supplemental Agreement at your convenience which provides for a corresponding increase in the contract price and relieves the Government from any further liability regarding this claim. Thank you.

MELVIN P. KOENIG
Contracting Officer/CCA 90

Encl: Supplemental Agreement SA 02

Form Approved 2100-0012

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 2

| | |
|---|---|
| 2. AMENDMENT/MODIFICATION NO. | SA #4 |
| 3. EFFECTIVE DATE | 1/08/03 |
| 4. REQUISITION/PURCHASE REQ. NO. | |
| 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY CODE | Contracting Officer/VA CCA 90<br>5342 Dudley Blvd, Room 2S05<br>McClellan AFB, CA 95652-1074 |
| 7. ADMINISTERED BY (If other than Item 6) CODE | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, county, State and ZIP, Code) | West Bay Builders Inc.<br>615 Lindero St.<br>San Rafael, Ca<br>94901 |
| CODE | 080250401 |
| FACILITY CODE | |
| ( ) 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED (SEE ITEM 11) | |
| (x) 10A. MODIFICATION OF CONTRACT/ORDER NO. | V261C-1096 |
| 10B. DATED (SEE ITEM 13) | 11/20/01 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

640-361-20160-1233-864200 ($128,279.20) (Increase)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (✓) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| x | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CHANGES CLAUSE (FAR 52.243-4) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, X is required to sign this document and return ORIG copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

SEE PAGE 2 FOR AGREEMENT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>MELVIN P. KOENIG<br>CONTRACTING OFFICER/VA CCA 90 |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) |
| 15C. DATE SIGNED | 16C. DATE SIGNED |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

14 a. This Supplemental Agreement is to provide full consideration to West Bay Builders as a result of a Government direction on 3 May 2002 and 9 May 2002 to seal approximately 32,000 square feet of concrete sub-flooring to a maximum measured vapor pressure of 3 lbs assuming an existing condition of 15 lbs vapor pressure throughout.

b. The scope of effort included in this Supplemental Agreement includes all management, labor, materials, testing, and reporting necessary to meet Industry concrete floor sealing standards with a maximum measured vapor pressure as stated in paragraph "a" above. Method of performance and application shall be approved by VA Facilities Engineering/COTR via the established submittal and inspection process. Normal contract remedies will be utilized in the event of less than full performance of this task.

c. The negotiated total price for the sealant effort is **$128,279.20.**

d. The negotiated price represents full and fair consideration for the contractor's Claim of 10 June 2002 as supported by WBB letter with subcontract supporting cost data of 13 Nov 2002 This modification represents a complete equitable adjustment for all costs, direct and indirect, associated with the work and time agreed to herein, including but not limited to, all costs incurred for extended overhead, supervision, disruption or suspension of work, labor inefficiencies, and this change's impact on unchanged work.

e. Total Contract Price is Increased from **$1,283,020.00 to $1,411,299.20**

**END OF AGREEMENT**