**WEST BAY BUILDERS**

General Contractor
License Number 626859
P.O. Box 3474
San Rafael, California 94912-3474
Tel (415) 456-8972
Fax (415) 459-0663

January 15, 2003

Mr. Mel Koenig
VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2S05
McClellan, CA 05652-7590

RE: Renovation Building 90 - Livermore
Letter #237- 013 – Floor Moisture Sealant - WBB CPE 03

Dear Mr. Koenig,

We have received a copy of Supplemental Agreement #4 for the above referenced additional work. In reviewing this document, it is clear that there is no provision for the requested extension of time. As we discussed today, the current schedule is tracking a total of 23 working days for this work. This duration includes the work completed for phases 1 and 2 and well as the work scheduled for completion in phases 3 and 4. Based on the 23 additional days and our submitted cost of $618.56 per day (see WBB CPE 11), the additional cost for the time extension would be $14,226.88.

Please review this information and let me know how the time extension will be incorporated into the Supplemental Agreement

Sincerely,

Kurtis A. Vierra
Project Manager

**VIA FAX: (916) 561-7490 – 1 PAGE**

cc: Paul Thompson
CPE 03