**VETERANS HEALTH ADMINISTRATION**
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2805
McClellan Park, CA 95652-1074

237
Counter

Faxed
#239
4/9

RECEIVED
APR 09 2003
WEST BAY BUILDERS, INC

4 April 2003

West Bay Builders
Attn: Mr. Kurt Vierra
615 Lindaro Street
San Rafael, CA 94901

Response
Issued 04/09/03

Subject: Contract V261C-1096, Bldg 90, Floor Moisture Sealant Claim

Ref: WBB Claim Dated 10 June 2002

CRE3

Dear Mr. Vierra,

1. A further review of your claim by VA Legal Counsel has resulted in a determination that the Government contract specifications contained a "patent ambiguity" with regards to the necessity for sealing the floors. Essentially this means if our specifications are ambiguous and do not adequately address standard industry practice then it is incumbent upon the contractor to raise the issue with the Government prior to submitting a bid. There is an abundance of case law confirming this principle.

2. However, I am prepared to make you a final offer of $64,140.00 to settle the issue. If you determine that this consideration is inadequate then you may make one more request for a Final Decision at which time your payment request would be either accepted or denied. If denied then the door is open for you to proceed with an Appeal under the Disputes provisions of the contract.

3. Please evaluate my offer carefully. It is my best and final offer. Any additional amounts paid to West Bay Builders would have to result from a decision under appeal. I shall look forward to hearing from you.

MELVIN P. KOENIG
Contracting Officer/CCA 90