# WEST BAY BUILDERS

General Contractor
License Number 626859
P.O. Box 2474
San Rafael, California 94912-2474
Tel 415 / 456-5972
Fax 415 / 459-0665

April 07, 2003

Mr. Mel Koenig
VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2S05
McClellan, CA 05652-7590

RE: Renovation Building 90 - Livermore
Floor Moisture Sealant - WBB CPE 03

Dear Mr. Koenig,

We have received your letter dated April 04, 2003 regarding our claim for the Floor Moisture Sealant. After reviewing your letter, we find that we cannot accept your settlement offer. There is also substantial case law indicating that when there is an ambiguity in the Contract Documents that results in increased obligations for one party, it is the responsibility of the drafter of the documents to clarify the ambiguity.

Per the provisions of your letter, we are hereby making "one more request for a Final Decision". Should this "Decision" result in any less than full payment of our claim, we will file an Appeal under the Disputes provision of the contract.

Please review the information previously submitted and let us know if any further information is required in order to facilitate the Final Decision.

Sincerely,

Kurtis A. Vierra
Project Manager

**VIA FAX: (916) 561-7490 – 1 PAGE**
copy sent via e-mail

cc: Paul Thompson
CPE 03