VETERANS HEALTH ADMINISTRATION
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2S05
McClellan AFB, CA 95652-1074

July 7, 2003

RECEIVED
JUL 09 2003
WEST BAY BUILDERS, INC.

West Bay Builders
Attn: Mr. Kurt Vierra
615 Lindero St.
San Rafael, CA 94901

RE: Contract V261C-1096, VA Livermore-Building 90 Moisture Sealant Claim

**FINAL DECISION OF THE CONTRACTING OFFICER**

Dear Mr. Vierra:

1. In accordance with Federal Acquisition Regulation FAR 33.211 and VA Acquisition Regulation 833.211, you are notified that your Claim dated June 10, 2002 for costs associated with moisture sealing floors located at VA Livermore, Bldg 90 in the amount of $128,833.00 is hereby denied.

2. I have reviewed your claim to recover costs associated with moisture sealing 24,800 square feet concrete floors with an assumed moisture accumulation of 15 lbs down to 3 lbs with a 10 year warranty. I have determined that the contract specifications required that the floors be sealed to 3 lbs assuming a 15 lb moisture accumulation overall. If you did not understand the contract floor moisture sealing requirements you were required to seek clarification from the Contracting Officer in a timely manner prior to submitting a proposal on this project. You did not seek such clarification, and thus, your claim is denied.

3.This is the final decision of the Contracting Officer. You may appeal this decision to the agency board of contract appeals. If you decide to appeal, you must, within 90 days from the date you receive this decision, mail or otherwise furnish written notice to the agency board of contract appeals and provide a copy to the Contracting Officer from whose decision this appeal is taken. The notice shall indicate that an appeal is intended, referenced this decision, and identify the contract by number. With regard to appeals to the agency board of contract appeals, you may, solely at your election, proceed under the board's small claim procedure for claims of $50,000 or less or its accelerated procedure for claims of $100,000 or less. Instead of appealing to the agency board of contract appeals, you may bring an action directly in the United States Court of Federal Claims (except as provided in the Contract Disputes Act of 1978, 41 U.S.C. 603, regarding Maritime Contracts) within 12 months of the date you receive this decision.

The Department of Veteran's Affairs Board of Contract Appeals (VABCA) is the authorized representative of the Secretary for hearing and determining such disputes. The rules of the VABCA are published in section 1.783, of Title 38, Code of Federal Regulations. The address of the Board is 810 Vermont Avenue, NW, Washington, DC 20420.

Sincerely,

MELVIN P. KOENIG
Contracting Officer/CCA/90