IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1140C |
| | ) | (Judge G. Miller) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Paul Wellons as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Paul Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: August 11, 2004

s/ Paul Wellons

Paul Wellons
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-0277
Fax: (202)-514-7965