IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WEST BAY BUILDERS, INC., )
Plaintiff, )
v. ) No. 04-1140C
) (Judge G. Miller)
THE UNITED STATES, )
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including November 5, 2004, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due September 7, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Plaintiff filed its complaint on July 9, 2004. Upon receipt of the complaint, defendant promptly sent a copy to the Department of Veterans Affairs ("VEA") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1]

---

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of the department," and that, "[w]ithin a reasonable time after receipt

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain from VEA employees the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Agency counsel has informed counsel for defendant that the contracting officer originally involved in this matter has retired. As a result, locating and collecting the documents relevant to this dispute has taken, and will take, a substantial amount of time.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from VEA, and prepare and file the Government's response to the complaint.

---

of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

Completion of an appropriate response to the complaint prior to the current September 7, 2004 deadline has also been hampered because counsel for defendant has spent considerable time over the past few weeks defending against a bid protest in The King Co., Inc. v. United States, No. 04-1276 (Fed. Cl.). That matter remains unresolved and will require additional briefing to be filed during the week of September 6, 2004. Oral argument currently is scheduled for September 14, 2004.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Robert E. Kirschman, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ Paul R. Wellons
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

September___, 2004

Attorneys for Defendant