IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WEST BAY BUILDERS, INC., )
)
Plaintiff, )
)
v. ) No. 04-1140C
) (Judge G. Miller)
THE UNITED STATES, )
)
Defendant. )

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of fourteen days, to and including November 19, 2004, within which to file its response to plaintiff's complaint. Defendant's response to plaintiff's complaint currently is due November 5, 2004. This is defendant's second request for an enlargement of time for this purpose, the Court having previously granted our request for a total of 60 days of enlargement. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Plaintiff filed its complaint on July 9, 2004. Upon receipt of the complaint, defendant's counsel promptly sent a copy to the Department of Veterans Affairs ("VA") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.

As noted in our previous motion, the contracting officer originally involved in this matter has retired. As a result, locating and collecting the documents relevant to this dispute has taken a substantial amount of time.

Defendant’s counsel received the litigation report on November 1, 2004, and received related documents from agency counsel on November 2, 2004. Thus, the requested enlargement of time is required so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from VA, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor,
1100 L St., N.W.
Washington, D.C. 20530

Tel: (202) 307-0277
Fax: (202) 307-0972

November 5, 2004

Attorneys for Defendant