# In the United States Court of Federal Claims

WEST BAY BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1140C

Filed November 10, 2004

ORDER

On November 5, 2004, defendant filed a Motion for Enlargement of Time of fourteen days in which to file its response to plaintiff's complaint. Defendant reported that it had experienced difficulty in contacting the contracting officer, who is retired. Therefore, counsel for defendant only recently received a litigation report and related documents from agency counsel.

In consideration of defendant's request, and in light of the fact that plaintiff does not oppose defendant's motion, defendant's motion is GRANTED. The Court ORDERS that defendant shall file its response to plaintiff's complaint by Friday, November 19, 2004.

The Court FURTHER ORDERS that any subsequent motion for enlargement of time shall be filed no later than two business days before the date the filing is due, so that the Court may have a reasonable opportunity to determine if it will grant the motion and, if so, whether the enlargement will include all the time requested.

In addition, the Court FURTHER ORDERS that the parties shall provide, either via fax or delivery, a courtesy copy for the Court of all papers filed in the above-captioned matter. Delivery of courtesy copies shall be made to the Court's chambers, i.e., Suite 616 at the National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Facsimiles shall be sent to (202) 219-0284.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge