IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge G. Miller) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including January 17, 2005, within which to file the parties' joint preliminary status report. The parties' joint preliminary status report currently is due on January 10, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for defendant has been unable to reach plaintiff's counsel to ascertain whether plaintiff opposes this motion.

On January 5, 2005, counsel for defendant transmitted to plaintiff's counsel via email a draft joint preliminary status report. Plaintiff's counsel agreed to review the draft document and to provide counsel for defendant his comments and any proposed changes.

On January 10, 2005, counsel for defendant attempted to contact plaintiff's counsel via telephone and email, but has been informed plaintiff's counsel is out of the office. To date, counsel for defendant has received no comments from plaintiff's counsel regarding the draft joint preliminary status report.

Thus, the requested enlargement of time is required so that the parties may confer regarding counsel for defendant's proposed joint preliminary status report. Counsel for defendant anticipates that seven days should provide ample time for the parties to agree upon the language for the joint preliminary status report.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0290
Fax: (202) 514-8624

January 10, 2005

Attorneys for Defendant