# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | ) | No. 04-1140C<br>Filed January 11, 2005 |

ORDER

On January 10, 2005, defendant filed a Motion for an Enlargement of Time of seven days within which to file the parties' joint preliminary status report ("JPSR"). Counsel for defendant reported that on January 5, he transmitted to plaintiff's counsel a draft JPSR. Plaintiff's counsel agreed to review the draft JPSR and provide comments and proposed changes. When counsel for defendant tried to contact plaintiff's counsel on January 10, he was informed that plaintiff's counsel was out of the office. Because he had not yet received comments from plaintiff's counsel, defendant's counsel requested an enlargement of time in order to confer with plaintiff's counsel regarding the JPSR.

In consideration of the above, and in light of the fact that the Court has received no objection from plaintiff, defendant's motion is GRANTED. The Court ORDERS that the parties shall file their JPSR by Tuesday, January 18, 2005.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge