IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, v. THE UNITED STATES, Defendant. | No. 04-1140C (Judge G. Miller) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 14 days, to and including January 31, 2005, within which to file the parties' joint preliminary status report. The parties' joint preliminary status report currently is due on January 17, 2005. This is defendant's second request for an enlargement of time for this purpose, the Court previously having granted counsel for Defendant's request for a total of seven days of enlargement. Counsel for plaintiff has informed us that plaintiff does not oppose this motion.

On January 5, 2005, counsel for defendant transmitted to plaintiff's counsel via email a draft joint preliminary status report. Plaintiff's counsel agreed to review the draft document and to provide counsel for defendant his comments and any proposed changes. By January 10, 2005, plaintiff's counsel had not provided his comments, and so counsel for defendant filed a motion for an enlargement of time. The Court granted this motion.

Counsel for defendant contacted plaintiff's counsel by voice mail and email on January 12, 2005 and January 13, 2005, and asked plaintiff's counsel either to provide plaintiff's comments to our draft or to inform us if plaintiff required more time to review our draft. On January 14, 2005, counsel for defendant received a voice mail from plaintiff's counsel indicating that plaintiff wished to propose changes to our draft joint preliminary status report and agreeing to an enlargement for this purpose.

Thus, the requested enlargement of time is required so that the parties may confer regarding plaintiff's proposed changes to our joint preliminary status report. Counsel for defendant anticipates that 14 days should provide sufficient time for the parties to confer and agree upon the language for the joint preliminary status report.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ ROBERT E. KIRSCHMAN, JR.
ROBERT E. KIRSCHMAN, JR.
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-8253
Fax: (202) 307-0972

January 14, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 14, 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS