# In the United States Court of Federal Claims

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | No. 04-1140C |
| v. | Filed January 18, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

On January 14, 2005, defendant filed a Motion for an Enlargement of Time of fourteen days, up to and including January 31, 2005, within which to file the parties' joint preliminary status report ("JPSR"). Counsel for defendant reported that more time was needed for the parties to confer regarding plaintiff's proposed changes to the JPSR.

In consideration of the above, and in light of the fact that the plaintiff does not object to it, defendant's motion is GRANTED. The Court ORDERS that the parties shall file their JPSR by **Monday, January 31, 2005.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge