# In the United States Court of Federal Claims

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, v. THE UNITED STATES OF AMERICA, Defendant. | No. 04-1140C<br>Filed February 1, 2005 |

ORDER

Counsel for the parties in this action were informed by the Clerk of the Court on July 9, 2004 that this case is an electronic case filing (ECF). Except in highly limited circumstances authorized by General Order 2003-42, the court will not accept the paper filing of any document in this case. The parties are also advised that the court will not ordinarily accept an attorney's failure to register and be trained to use the ECF system as good cause for failing to file any document in this matter.

Counsel for plaintiffs has not, as of January 31, 2005, obtained an ECF account with the court. In consideration of this fact, the court ORDERS that plaintiff's counsel shall obtain an ECF account on or before February 15, 2005. If the foregoing is not complied with as directed, the court may employ any available sanction. If council for plaintiff has questions about the ECF system, he can contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-357-6402 or 357-6403, Monday to Friday, 9 a.m. to 5 p.m. The Clerk is directed to deliver courtesy copies of this Order to counsel for plaintiff by first class mail.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge