# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | No. 04-1140C |
| v. | ) | Filed February 4, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | ) | |

ORDER

The parties filed their Joint Preliminary Status Report on January 31, 2005. The parties reported that they intended to pursue simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The parties also proposed a schedule for completing discovery.

In consideration of the above, the Court hereby the parties' proposed discovery schedule and ORDERS that:

1) The parties shall exchange initial disclosures by **March 10, 2005**.

2) Fact discovery shall be closed by **September 10, 2005.**

3) Plaintiff's expert report shall be due by **October 10, 2005.**

4) Defendant's expert report shall be due by **November 10, 2005.**

5) Expert depositions shall be completed by **December 10, 2005.**

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge