IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD

Defendant, the United States, respectfully requests that the Court enlarge the discovery period by eight months, to and until May 10, 2006. The discovery period presently is due to close on September 10, 2005. This is defendant's first request for an enlargement for this purpose. Plaintiff's counsel has represented that plaintiff does not oppose this request.

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted defendant's document requests and interrogatories to plaintiff's counsel. To date, plaintiff has not provided responses to defendant's formal discovery requests.

The requested enlargement of time is required so that the parties may complete the discovery process, including the scheduling and conducting of depositions.

For these reasons, defendant respectfully requests that the Court grant its motion to enlarge the discovery period.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBOARAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

September 8, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 8, 2005, a copy of the foregoing “DEFENDANT'S UNOPPOSED MOTION TO ENLARGE THE DISCOVERY PERIOD” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS