# In the United States Court of Federal Claims

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | No. 04-1140C |
| v. | Filed September 9, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

On September 8, 2005, defendant filed an "Unopposed Motion to Enlarge the Discovery Period," requesting an additional eight months within which to complete discovery. Defendant reported that on March 10, 2005, defendant had served its initial disclosures. On March 29, 2005, plaintiff served its initial disclosures. On June 30, 2005, counsel for defendant served defendant's document requests and interrogatories to plaintiff. Defendant reported that it had received no response to its formal discovery requests as of September 8, 2005. Defendant requested the enlargement of time so that the parties may complete the discovery process, including scheduling and conducting depositions.

In consideration of the above, and the fact that plaintiff does not oppose it, defendant's motion is GRANTED. The Court ORDERS that the parties shall complete discovery in this case on or before **Wednesday, May 10, 2006**. The Court FURTHER ORDERS that the parties shall file a joint status report on or before **Monday, October 10, 2005,** and every 30 days thereafter, apprising the Court of the status of the discovery process.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge