IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated September 9, 2005, plaintiff and defendant respectfully submit the following joint status report:

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted defendant's document requests and interrogatories to plaintiff's counsel via first-class mail.

Plaintiff's counsel informed defendant's counsel that plaintiff could not complete its responses to defendant's discovery requests by July 30, 2005, as required by RCFC 26. Defendant agreed to plaintiff's request for more time.

Defendant's counsel transmitted letters requesting responses to these requests on August 8, 2005 and September 8, 2005, and plaintiff again requested more time to respond to defendant's discovery requests. On September 8, 2005, defendant filed an

unopposed motion to enlarge the discovery period to and until May 10, 2006. The Court granted this motion.

On September 26, 2005, defendant's counsel once more contacted plaintiff's counsel regarding plaintiff's responses to defendant's discovery requests. Plaintiff's counsel states that plaintiff is in trial during the weeks of October 7, 2005 and October 14, 2005. Plaintiff's counsel represents that plaintiff will provide its responses to defendant's discovery requests on or before October 17, 2005.

Respectfully submitted,

s/ TIMOTHY L. MCINERNEY
TIMOTHY L. MCINERNEY
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, CA 94612-3610
Tel: (510) 465-7100
Fax: (510) 465-8556

Attorney for Plaintiff

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-8253
Fax. (202) 307-0972

Attorneys for Defendant

October 7, 2005

CERTIFICATE OF FILING

I hereby certify that on October 7, 2005, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS