IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge G. Miller) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to the Court's order dated September 9, 2005, defendant respectfully requests an enlargement of time of 30 days, to and including December 9, 2005, within which to file the parties' joint status report. The parties' joint status report currently is due on November 9, 2005. This is defendant's first request for an enlargement of time for this purpose.

On October 17, 2005, plaintiff provided its responses to defendant's interrogatories and requests for production of documents. On October 31, 2005, defendant's counsel left plaintiff's counsel a voice mail inquiring regarding the availability of plaintiff's documents for inspection and copying. Plaintiff's counsel did not return this call.

On November 7, 2005, defendant's counsel contacted plaintiff's counsel again via e-mail regarding the need for the parties to agree upon language for the joint status report due today. On November 9, 2005, defendant's counsel left another voice mail for plaintiff's counsel. To date, plaintiff's counsel

has not responded to these communications. Thus, defendant's counsel is unable to state whether plaintiff opposes this motion.

The requested enlargement of time is required so that the parties may confer regarding the status of discovery in this case and so that they may agree upon language to be included in a joint status report. Counsel for defendant anticipates that the parties will file their next regularly scheduled status report on or before the December 9, 2005 deadline.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 616-8253
Fax: (202) 307-0972

November 9, 2005

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 9, 2005, a copy of the foregoing “DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS