# In the United States Court of Federal Claims

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | No. 04-1140C |
| v. | Filed November 9, 2005 |
| THE UNITED STATES OF AMERICA, Defendant. | |

ORDER

On September 9, 2005, the Court ordered that the parties file a joint status report by October 10, 2005, and every 30 days thereafter, regarding the progress of discovery. On November 9, 2005, defendant filed a motion for an enlargement of time of 30 days in which to file the parties' next regularly-scheduled joint status report, due November 9, 2005. Defendant states that it has had difficulty contacting plaintiff's counsel regarding the availability of plaintiff's documents for inspection and copying and regarding the need to agree upon language for the joint status report. Defendant has therefore been unable to ascertain whether plaintiff would oppose its motion for an enlargement of time. The motion is defendant's first request for an enlargement of time for this purpose.

In light of the above, defendant's motion is GRANTED. The parties shall file their next joint status report by **Friday, December 9, 2005**.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge