IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge G. Miller) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated September 9, 2005, the parties respectfully submit the following joint status report:

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted defendant's document requests and interrogatories to plaintiff's counsel via first-class mail. On October 7, 2005, the parties filed their first joint status report regarding discovery.

Plaintiff provided its written responses to defendant's discovery requests on October 17, 2005. On October 31, 2005, defendant's counsel left a voice mail for plaintiff's counsel inquiring when plaintiff's documents would be available for inspection and copying.

On November 7, 2005, defendant's counsel contacted plaintiff's counsel again via e-mail regarding the need for the parties to agree upon language for the joint status report due

November 9, 2005. On November 9, 2005, defendant's counsel left another voice mail for plaintiff's counsel. Plaintiff's counsel did not respond to these communications, and defendant filed a motion to enlarge the time to file a joint status report by 30 days, to and including December 9, 2005. The Court granted this motion on November 9, 2005.

Defendant's counsel transmitted to plaintiff's counsel a letter dated December 1, 2005 inquiring when plaintiff's documents would be available for inspection and copying. On December 7, 2005, defendant's counsel left a follow up voice mail for plaintiff's counsel regarding the need for the parties to coordinate regarding discovery and the filing of a joint status report. On December 8, 2005, plaintiff's counsel informed defendant's counsel via voice mail that plaintiff will produce copies of responsive documents on or before January 1, 2005.

Respectfully submitted,

s/ TIMOTHY L. MCINERNEY
TIMOTHY L. MCINERNEY
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, CA 94612-3610
Tel: (510) 465-7100
Fax: (510) 465-8556

Attorney for Plaintiff

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-8253
Fax. (202) 307-0972

December 8, 2005 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 8, 2005, a copy of the foregoing “DEFENDANT’S STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS