# In the United States Court of Federal Claims

WEST BAY BUILDERS, INC.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-1140C

Filed December 12, 2005

## ORDER

On December 9, 2005, the parties filed a joint status report pursuant to the Court's September 9, 2005 Order requiring the parties to file a joint status report by October 10, 2005, and every 30 days thereafter, regarding the progress of discovery. In that report, the parties recounted that defendant's counsel has had considerable difficulty contacting plaintiff's counsel regarding plaintiff's production of documents responsive to defendant's discovery requests. The parties further state that on December 8, 2005, plaintiff's counsel informed defendant's counsel that plaintiff will produce copies of responsive documents "on or before" January 1, 2006.

In light of the above, the Court hereby ORDERS that the parties shall file their next joint status report, currently due on January 9, 2006, by **Wednesday, January 4, 2006**. The report shall indicate the status of plaintiff's production of documents. The Court FURTHER ORDERS that unless the parties advise chambers **by noon EST on Thursday, January 5, 2006** that plaintiff has produced all responsive documents, and that plaintiff's production is not, for any other reason, unsatisfactory to defendant, the parties shall participate in a telephonic status conference on **Friday, January 6, 2006 at 2 p.m. EST** to discuss what steps, if any, are necessary in order to ensure that the parties complete discovery by the date they proposed and the Court accepted, *i.e.,* May 6, 2006. If the parties do not so advise chambers that the telephonic status conference is unnecessary, the Court will initiate the conference call as scheduled.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge