IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge G. Miller) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's instructions on January 5, 2006, the parties respectfully submit the following joint status report:

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted defendant's document requests and interrogatories to plaintiff's counsel via first-class mail.

Plaintiff provided its written responses to defendant's discovery requests on October 17, 2005. On December 20, 2005, plaintiff transmitted to defendant's counsel 124 pages of documents responsive to defendant's first request for the production of documents.

Plaintiff's written responses to defendant's first request for the production of documents indicate that plaintiff objects to the production of certain documents that contain commercially sensitive information. For this reason, the parties anticipate

filing a motion for a protective order governing the use of commercially sensitive information in this case.

Respectfully submitted,

s/ TIMOTHY L. MCINERNEY
TIMOTHY L. MCINERNEY
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, CA 94612-3610
Tel: (510) 465-7100
Fax: (510) 465-8556

Attorney for Plaintiff

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-8253
Fax. (202) 307-0972

January 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 5, 2006, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS