# In the United States Court of Federal Claims

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | No. 04-1140C |
| Plaintiff, | ) | |
| v. | ) | Filed January 6, 2006 |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER**

On January 6, 2006, the parties participated in a telephonic status conference in which they apprised the Court of the status of discovery in this matter. Counsel for each party represented that they expected to complete discovery by May 10, 2006, the discovery deadline set forth in the Court's September 9, 2005 Order. Pursuant to the discussion with counsel during the status conference, the Court hereby ORDERS that the parties file a joint status report by **Thursday, February 9, 2006**, and every 30 days thereafter, regarding the progress of discovery.

IT IS SO ORDERED.

s/ George W. Miller
GEORGE W. MILLER
Judge