IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order dated January 6, 2006, the parties respectfully submit the following joint status report:

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted defendant's document requests and interrogatories to plaintiff's counsel via first-class mail.

Plaintiff provided its written responses to defendant's discovery requests on October 17, 2005. On December 20, 2005, plaintiff transmitted to defendant's counsel 124 pages of documents responsive to defendant's first request for the production of documents.

Plaintiff's written responses to defendant's first request for the production of documents indicate that plaintiff objects to the production of certain documents that contain commercially sensitive information. For this reason, the parties anticipate

filing a motion for a protective order governing the use of commercially sensitive information in this case.

On January 9, 2006, defendant's counsel transmitted to plaintiff's counsel a draft protective order. In the status report filed February 9, 2006, plaintiff's counsel indicated that plaintiff would provide its comments regarding the proposed protective order by the filing of the parties' next status report.

However, at the time of this filing, defendant has not received plaintiff's comments regarding the proposed protective order. Defendant states that it may file a motion to compel production of the requested documents if it does not receive plaintiff's agreement to the proposed protective order promptly. Plaintiff states that it anticipates providing its comments regarding the proposed protective order no later than Tuesday, March 14, 2006.

Respectfully submitted,

s/ TIMOTHY L. MCINERNEY
TIMOTHY L. MCINERNEY
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, CA 94612-3610
Tel: (510) 465-7100
Fax: (510) 465-8556

Attorney for Plaintiff

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 616-8253
Fax. (202) 307-0972

March 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on March 13, 2006, a copy of the foregoing “JOINT STATUS REPORT” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS