IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND MOTION
<u>TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS</u>

Pursuant to Rule 37 of the Rules of the Court of Federal Claims and the Court's order dated January 6, 2006, defendant, the United States, respectfully submits its status report and requests that the Court order plaintiff, West Bay Builders, Inc. ("West Bay"), to respond to defendant's first request for the production of documents. To date, plaintiff has not completed its production of documents responsive to defendant's discovery requests. Plaintiff has claimed that it cannot complete its production because of concerns regarding competitively sensitive information. However, plaintiff has not provided comments to the proposed draft protective order defendant provided to plaintiff on January 9, 2006.

On March 10, 2005, defendant served its initial disclosures on plaintiff. Plaintiff served its initial disclosures on defendant on March 29, 2005. On June 30, 2005, counsel for defendant transmitted via U.S. mail defendant's document requests and interrogatories to plaintiff's counsel.

Plaintiff provided its written response to defendant's discovery requests on October 17, 2005. On December 20, 2005, plaintiff transmitted to defendant's counsel 124 pages of documents responsive to defendant's first request for the production of documents.

Plaintiff's written response to defendant's first request for the production of documents indicate that plaintiff objects to the production of certain documents that contain commercially sensitive information. For this reason, the parties informed the Court during a January 6, 2006 status conference that they anticipate filing a motion for a protective order governing the use of commercially sensitive information in this case.

On January 9, 2006, counsel for defendant transmitted to counsel for plaintiff a draft protective order. In the status report filed February 9, 2006, plaintiff indicated that it would provide its comments regarding the proposed protective order by the filing of the parties' next status report.

When the parties filed their March 13, 2006 joint status report, plaintiff still had not provided its comments regarding the proposed protective order and had not completed its production of documents. In the parties' March 13, 2006 joint status report, plaintiff indicated that it "anticipates providing its comments to regarding the proposed protective order no later than Tuesday, March 14, 2006.

However, to date, plaintiff has not provided its comments regarding the proposed protective order and has not completed its production. On April 11, 2006, counsel for defendant left a voice message for counsel for plaintiff regarding the need for plaintiff to compete its production as well as for the parties to coordinate the filing of a joint status report. At the time of this filing, counsel for plaintiff has not responded to this message.

CONCLUSION

For these reasons, defendant respectfully requests that the Court grant defendant's motion to compel plaintiff to respond to discovery requests.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ DEBORAH A. BYNUM
DEBORAH A. BYNUM
Assistant Director

s/ PAUL R. WELLONS
PAUL R. WELLONS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 616-8253
Fax: (202) 307-0972

April 13 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 13, 2006, a copy of the foregoing “DEFENDANT'S STATUS REPORT AND MOTION TO COMPEL PLAINTIFF TO RESPOND TO DISCOVERY REQUESTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ PAUL R. WELLONS