IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY CONTRACTORS,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Electronic Filing<br><br>No. 04-1140C |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of TARA HOGAN as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

TARA HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, DC 20530

s/ TARA HOGAN
TARA HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-1011
Fax: (202) 514-8624

May 1, 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ TARA HOGAN