IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, the parties respectfully request that the Court enter a protective order in this action.

Plaintiff has informed defendant that certain documents that are responsive to defendant’s first request for the production of documents contain confidential, proprietary, or otherwise sensitive information. A protective order is needed to maintain the confidentiality of this material. The parties have attached a proposed protective order as Exhibit A to this motion.

For these reasons, the parties respectfully request that the Court grant this joint motion for a protective order.

Respectfully submitted,

S/Timothy L. McInerney
TIMOTHY L. MCINERNEY
McInerney & Dillon, P.C.
One Kaiser Plaza, 18th Floor
Oakland, CA 94612-3610
Tel: (510) 465-7100
Fax: (510) 465-8556

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 514-8624

Attorneys for Defendant

Dated: May 2, 2006

Dated: May 2, 2006

CERTIFICATE OF FILING

I hereby certify that on May 2nd, 2006, a copy of the foregoing “JOINT MOTION FOR A PROTECTIVE ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan