IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the September 9, 2005 scheduling order, to enlarge the period provided for conducting fact discovery by 120 days from May 10, 2006 to November 10, 2006, as well as the other deadlines provided in the scheduling order. This is defendant's second request for an enlargement of time for this purpose. Counsel for West Bay Builders, Inc. ("West Bay") has stated that the plaintiff does not oppose this motion.

This enlargement is requested for two reasons. First, this case was transferred to the undersigned trial attorney on April 27, 2006, from Paul Wellons, whose last day at the National Courts Section was April 28, 2006. We request additional time for new counsel to become familiar with the case.

Second, there are issues that have prevented the completion of discovery. As explained to the Court in the parties' periodic status reports, plaintiff's production of certain documents was delayed because West Bay believed a protective order was necessary to protect proprietary information. The defendant sent a draft protective order to plaintiff's counsel in January 2006. On April 13, 2006, the United States filed a motion to compel production of those documents.

On May 2, 2006, the parties agreed to and filed a joint motion for a protective order. The parties believe that once the Court issues the protective order, West Bay will produce those documents expeditiously and meaningful discovery can resume.

No depositions have been taken by either party, and additional time is requested so that depositions may take place after the completion of written discovery. If this motion is granted, we anticipate discovery proceeding in this order: resolution or adjudication of written discovery disputes, if any, to be followed by depositions. Accordingly, we respectfully request that the deadlines contained in the scheduling order be enlarged as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery: | May 10, 2006 | November 13, 2006 |
| Plaintiff's Expert Report: | June 10, 2006 | December 10, 2006 |
| Defendant's Expert Report | July 10, 2006 | January 10, 2007 |
| Expert Depositions: | August 10, 2006 | February 10, 2007 |

For the reasons stated above, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

May 5, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 5, 2006, a copy of the foregoing “Defendant's Second Unopposed Motion To Modify Scheduling Order” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan