# In the United States Court of Federal Claims

No. 04-1140C
(Filed: May 5, 2006)

```
***********************************
WEST BAY BUILDERS, INC.,          *
                                  *
              Plaintiff,          *
                                  *
 v.                               *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On April 13, 2006, Defendant filed a Motion to Compel Plaintiff to Respond to Discovery Requests. In the order, Defendant alleged that Plaintiff was unresponsive regarding a proposed protective order. On May 2, 2006, the parties filed a Joint Motion for a Protective Order. Therefore, **Defendant's Motion to Compel is DENIED AS MOOT**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge