# In the United States Court of Federal Claims

No. 04-1140C
(Filed: May 5, 2006)

************************************
WEST BAY BUILDERS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

**Defendant's Second Unopposed Motion to the Modify Scheduling Order**, filed May 5, 2006, is **GRANTED** as follows:

(1) **Fact discovery** shall close no later than **November 13, 2006**;

(2) **Plaintiff** shall provide its **expert reports** no later than **December 11, 2006**;

(3) **Defendant** shall provide its **expert reports** no later than **January 11, 2007;**

(4) The parties shall **depose their experts** by no later than **February 12, 2007**; and,

(5) The parties shall file a **joint status report** no later than **February 26, 2007**, suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge