IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Rule 37 of the Rules of the Court of Federal Claims, the defendant respectfully submits this motion to compel production of documents. Counsel for defendant, in good faith, attempted to resolve this issue with plaintiff's counsel prior to filing this motion.

As outlined in the April 13, 2006 motion to compel production of documents, the plaintiff did not produce documents requested by the Government in its June 30, 2005 request for production of documents. At the time of that motion, West Bay objected to producing certain documents upon the grounds that the documents contained sensitive or proprietary data. On May 5, 2006, upon the parties' joint motion, this Court entered a protective order. On that same day, this Court dismissed as moot the Government's motion to compel and extended the period of discovery so that fact discovery is now scheduled to close on November 13, 2006.

On June 13, 2006, counsel for the parties discussed telephonically West Bay's production of the requested documents.

On July 13, 2006, counsel for defendant sent a letter to West Bay confirming this conversation and requesting that the documents be produced within thirty days. On August 21, counsel for West Bay stated in an e-mail that West Bay would produce the documents within one week. Counsel for defendant has left several voice mail messages for the attorney of record and for West Bay's general counsel inquiring into the status of the document production and has received no documents in response to its document request or any indication that production is forthcoming.

The discovery requests served were reasonably calculated to lead to the discovery of admissible evidence. West Bay's responses to those requests are essential for efficient progress in the parties' discovery. The Government is unable to obtain the requested information from any other source, and has taken reasonable steps to avoid imposing any undue burden upon West Bay.

## CONCLUSION

For the foregoing reasons, we respectfully request that West Bay be ordered to respond to defendant's June 30, 2005 request for production of documents.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 514-8624

October 10, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 10th, 2006, a copy of the foregoing “DEFENDANT’S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan