IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge Sweeney) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW DEFENDANT'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The defendant respectfully submits this motion to withdraw its renewed motion to compel production of documents, filed October 10, 2006. The basis of the defendant's motion to compel was West Bay Builders, Inc.'s ("West Bay") failure to produce documents responsive to defendant's Requests for Production of Documents numbers 1, 8 and 15, served on West Bay on June 30, 2005. Plaintiff, through counsel, has requested that the defendant withdraw its motion.

On October 16, 2006, counsel for defendant received 255 pages of documents produced by West Bay, which West Bay did not marked as subject to this Court's May 5, 2006 protective order. These documents appear to be responsive to the defendant's request.

To the extent that West Bay has complied with its discovery obligations, the defendant respectfully withdraws its motion to compel, reserving its right to renew its motion should, upon further examination of the documents, the production is incomplete.

CONCLUSION

For the foregoing reasons, we respectfully move to withdraw the defendant's renewed motion to compel production of documents, filed on October 10, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 307-1011
Fax. (202) 514-8624

October 20, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 20th, 2006, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION TO WITHDRAW DEFENDANT’S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/Tara K. Hogan