# In the United States Court of Federal Claims

No. 04-1140C
(Filed: October 20, 2006)

***********************************
WEST BAY BUILDERS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On October 10, 2006, defendant filed a renewed motion to compel production of documents, alleging that plaintiff was unresponsive to the government's discovery requests. On October 20, 2006, defendant filed an Unopposed Motion to Withdraw its Motion to Compel. Defendant states that plaintiff has forwarded documents that appear to be responsive to the defendant's requests. As a result, defendant seeks to withdraw its motion to compel, reserving the right to renew should review of the recently received documents reveal that production is incomplete. Therefore, **defendant's Unopposed Motion to Withdraw is GRANTED.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge