IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S THIRD UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

Defendant, the United States, respectfully requests that the Court modify the scheduling order, to enlarge the period provided for conducting fact discovery by ninety (90) days from November 13, 2006 to February 12, 2007, as well as the other deadlines provided in the scheduling order. This is defendant's third request for an enlargement of time for this purpose. Counsel for West Bay Builders, Inc. ("West Bay") has stated that the plaintiff does not oppose this motion.

This enlargement is requested because issues remain that have prevented the completion of discovery. Plaintiff's production of certain documents was delayed because West Bay required a protective order to protect proprietary information. Although this Court entered a protective order on May 5, 2006, plaintiff did not produce the remaining documents until mid-October. Counsel for defendant has had limited time to review the documents in preparation for further discovery, specifically, depositions of West Bay's relevant witnesses. Additional time is thus requested to allow the defendant to depose those witnesses and to obtain any further documents or information from West Bay. Counsel for the defendant believes that if these fact

witness depositions can be scheduled and taken during the next ninety days, no further modification of the scheduling order for discovery will be needed.

Accordingly, we respectfully request that the deadlines contained in the scheduling order be enlarged as follows:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact Discovery: | November 13, 2006 | February 12, 2007 |
| Plaintiff's Expert Report: | December 11, 2006 | March 12, 2007 |
| Defendant's Expert Report | January 11, 2007 | April 12, 2007 |
| Expert Depositions: | February 12, 2007 | May 12, 2007 |

For the reasons stated above, defendant respectfully requests that the Court grant this request to modify the scheduling order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 514-8624

November 13, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November 13, 2006, a copy of the foregoing "Defendant's Third Unopposed Motion To Modify Scheduling Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan