# In the United States Court of Federal Claims

No. 04-1140C
(Filed: November 15, 2006)

```
************************************
WEST BAY BUILDERS, INC.,           *
                                   *
                  Plaintiff,       *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                  Defendant.       *
************************************
```

**ORDER**

**Defendant's Third Unopposed Motion to the Modify Scheduling Order**, filed November 13, 2006, is **GRANTED** as follows:

(1) **Fact discovery** shall close no later than Monday, **February 12, 2007**;

(2) **Plaintiff** shall provide its **expert reports** no later than Monday, **March 12, 2007**;

(3) **Defendant** shall provide its **expert reports** no later than Thursday, **April 12, 2007**;

(4) The parties shall **depose their experts** by no later than Monday, **May 14, 2007**; and,

(5) The parties shall file a **joint status report** no later than Tuesday, **May 29, 2007**, suggesting further proceedings.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge