# In the United States Court of Federal Claims

No. 04-1140C
(Filed: May 31, 2007)

| | |
|---|---|
| *********************************** | |
| WEST BAY BUILDERS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

**ORDER**

The parties were scheduled to complete discovery no later than May 14, 2007, and to file a joint status report no later than May 29, 2007. As of the date of this order, the parties have not yet filed their joint status report. **Accordingly, the parties shall file their joint status report suggesting further proceedings no later than Thursday, June 7, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge