IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION
FOR LEAVE OUT OF TIME TO FILE THE JOINT STATUS REPORT

Pursuant to the Rules of this Court, the defendant, the United States, respectfully requests that the Court grant the parties leave to file the joint status report out of time. The joint status report was due on June 7, 2007, pursuant to the Court's May 31, 2007 order. Counsel for the plaintiff consents to the filing of this motion.

This motion is necessary because counsel for West Bay did not file the joint status report, as counsel for the defendant requested. Counsel for the defendant left a voice mail message for West Bay's counsel on June 4, 2007, seeking to discuss the content of the joint status report. On June 6, 2007, West Bay's counsel indicated by e-mail that counsel for the defendant should draft a joint status report, which he would review. That same day, counsel for the defendant sent to West Bay's counsel a draft joint status report.

On the morning of June 7, 2007, West Bay's counsel proposed some minor modifications. Accordingly, counsel for the defendant revised the joint status report, sent the report to West Bay electronically and stated that if the modifications were acceptable, that West Bay's counsel should sign the status report and send a facsimile of the signed status report to her so that counsel for the defendant could file the status report. At 10 a.m. EST, counsel for West

Bay indicated that the modifications were acceptable, but that he needed his client's approval prior to signing the status report.

At 5:15 p.m. EST, counsel for the defendant left a voice mail message for West Bay's counsel, indicating that if he did not return her phone call within the hour, that she would send the pdf version of the joint status report, signed by defendant, via e-mail, so that West Bay's counsel could file the joint status report electronically. At 6:00 p.m. EST, counsel for the defendant sent the joint status report, ready for filing, to West Bay's counsel via electronic mail and indicated that if he could not file the joint status report, that he should file a motion for extension of time to file the joint status report. See Ex. A.

Counsel for West Bay did neither. Instead, after counsel for the defendant left the office for the day, West Bay's counsel responded to defendant's e-mail that the status report was "ok for filing." Accordingly, when counsel for the defendant returned to the office on the morning of June 8, 2007, she discovered that West Bay's counsel filed neither the joint status report nor any motion for an extension of time.

For these reasons, we request that this Court accept the filing of the joint status report one day out of time. We regret the inconvenience this delay may have caused the Court.

Respectfully Submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th fl.
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

June 8, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 8, 2007, a copy of the foregoing "Consent Motion for Leave Out of Time To File The Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan