**From:** Tim McInerney [tlm@mcinerney-dillon.com]

**Sent:** Thursday, June 07, 2007 6:06 PM

**To:** Hogan, Tara (CIV)

**Subject:** Re: West Bay status report

Ok to file

----- Original Message -----
From: Hogan, Tara (CIV) <Tara.Hogan@usdoj.gov>
To: Tim McInerney
Sent: Thu Jun 07 18:03:53 2007
Subject: West Bay status report

Dear Tim:

I left you a voice mail message, but your office indicated you would be unavailable for the remainder of the afternoon. I am attaching the pdf file for the status report, which is ready for CM/ECF filing if your client approves of it.
If, for whatever reason, you cannot file this status report today, please file a motion for an extension of time. You may indicate that we do not oppose that motion.

Very truly yours,

Tara K. Hogan
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., room 7034
Washington, D.C. 20530
(overnight deliveries use 20005)
202.616.2228 direct dial
202.305.7643 facsimile