# In the United States Court of Federal Claims

No. 04-1140C
(Filed: June 14, 2007)

***********************************
WEST BAY BUILDERS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

Pursuant to the court's November 15, 2006 order, the parties were required to file a joint status report no later than May 29, 2007, suggesting further proceedings in this case. The court issued an order on May 31, 2007, extending this deadline and directing the parties to file their joint status report no later than June 7, 2007. On June 8, 2007, defendant filed a consent motion for leave out of time to file the joint status report ("Consent Motion"). The Consent Motion states that defendant's counsel instructed plaintiff's counsel to file the status report; however, it was not filed. Because the joint status report is only one day overdue, **the court GRANTS defendant's Consent Motion. The parties shall file their joint status report immediately.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge