# In the United States Court of Federal Claims

No. 04-1140C
(Filed: June 20, 2007)

***********************************
WEST BAY BUILDERS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The parties filed a joint status report on June 14, 2007, indicating that the parties had completed discovery. The parties believe that this matter may be resolved by motions for summary judgment. Accordingly, the parties have suggested the following briefing schedule, which the court adopts:

1. **Plaintiff's Motion for Summary Judgment shall be filed no later than Friday, September 7, 2007.**

2. **Defendant's Response to Motion/Cross-Motion for Summary Judgment shall be filed no later than Friday, October 5, 2007.**

3. **Plaintiff's Reply/Response To Defendant's Cross-Motion shall be filed no later than Friday, October 19, 2007.**

4. **Defendant's Reply shall be filed no later than Friday, November 2, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge