# In the United States Court of Federal Claims

No. 04-1140C
(Filed: September 11, 2007)

```
***********************************
WEST BAY BUILDERS, INC.,          *
                                  *
            Plaintiff,            *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
            Defendant.            *
***********************************
```

**ORDER**

Plaintiff filed its Motion for Summary Judgment ("motion") on September 7, 2007. The Clerk of the Court noted that plaintiff's motion does not comply with the Rules of the United States Court of Federal Claims in the following manner: (1) declarations should be attached to the motion as an exhibit (RCFC 7(b)); (2) the wrong judge is named on all documents (RCFC 5.3(g)); and (3) declarations or affidavits must be signed. While the court is willing to file by its leave documents that contain minor deficiencies, an unsigned declaration or affidavit clearly is not a minor deficiency that can be excused.

**Accordingly, the Clerk is directed to strike plaintiff's Declaration of Kurtis Vierra (Docket #48); Motion for Summary Judgment (Docket #49); and Proposed Findings of Uncontroverted Facts (Docket #50). Plaintiff shall file its corrected Motion for Summary Judgment and supporting documents no later than Tuesday, September 18, 2007.** The parties' briefing schedule will remain unchanged, as follows:

1. **Defendant's Response to Motion/Cross-Motion for Summary Judgment shall be filed no later than Friday, October 5, 2007.**

2. **Plaintiff's Reply/Response To Defendant's Cross-Motion shall be filed no later than Friday, October 19, 2007.**

3. **Defendant's Reply shall be filed no later than Friday, November 2, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge