# EXHIBIT A

640-00-113L

RFP 261-0341-01

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. RFP 261-0341-01 | 2. TYPE OF SOLICITATION [ ] ADVERTISED (IFB) [X] NEGOTIATED (RFP) | 3. DATE ISSUED 08/17/01 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. V261d-1096 | 5. REQUISITION/PURCHASE REQUEST | 6. PROJECT NO. 640-00-113L |
|---|---|---|

| 7. ISSUED BY CODE 902CCA | 8. ADDRESS OFFER TO |
|---|---|
| VINCE OSORIO, CONTRACTING OFFICER (Martinez)<br>VA PALO ALTO HEALTH CARE SYSTEM<br>MARTINEZ DIVISION<br>150 MUIR ROAD<br>MARTINEZ, CA 94553 | SAME AS ITEM #7 |

| 9. FOR INFORMATION CALL | A. NAME VINCE OSORIO | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (925) 372-2038 |
|---|---|---|

## SOLICITATION

NOTE: In advertised solicitations "offer and offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

SPECIFICATIONS: "RENOVATE INTERIOR FINISH BLDG. 90 LIVERMORE"; PROJECT 640-00-113

Description of Work: Contractor shall provide labor, materials, equipment, and supervision to perform the work identified as "Renovate Interior Finish Bldg. 90 at VA Palo Alto Health Care System, Livermore Division: Work includes general construction, selected demolition, alterations, mechanical and electrical work, casework, utility systems, necessary removal of existing asbestos and certain other items.

NAICS CODE: 233320 COST RANGE: BETWEEN $1,000,000.00 AND $2,000,000.00

AWARD SUBJECT TO AVAILABILITY OF FUNDS

Notice: Clause FAR 52.222-37 Employment Reports on Disabled Veterans and Veterans of the Vietnam Era is incorporated by reference in this contract. Public Law (P.L.) 105-339, Section 1354 provides that no agency may enter into a contract with a contractor who has not filed a VETS-100 report for the preceding fiscal year under Title 38 Section 4212(d). A contract can be placed with that contractor as soon as the report required by section 4212(d) for the fiscal year concern is filed with the Department of Labor. P.L. 105-339 also increased the threshold of covered contracts and subcontracts from $10,000 to $25,000. You are strongly urged to complete this report as soon as possible to avoid delays in the contract award process. This can be done "on-line" at: http://vets100.cudenver.edu/

11. The Contractor shall begin performance within 10 calendar days and complete it within 436 calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See ___)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) [ ] YES [ ] NO | 12B. CALENDAR DAYS 10 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

EXHIBIT A

640-00-113L

RFP 261-0341-01

25

A. Offers in original and 1 copies to perform the work required are due at the place specified in Item 8 by 1300 *(hour)* local time September 13, 2001 *(date)*. If this is an advertised solicitation, offers will be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than 90 calendar days for Government acceptance after the date offers are due will be considered nonresponsive and will be rejected.

## OFFER *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

WEST BAY BUILDERS INC.
615 Lindaro Street
San Rafael, CA 94901

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
(415) 456-8972 FAX 415-459-0665

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*
Same

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government within ______ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

BASE
OFFER AMOUNT: $ 1,267,00
Alt. #1 1,249,000 Alt. #2 1,248,000
Alt. #3 1,243,000 Alt. #4 1,233,000

18. The offeror agrees (a) to carry out this offer if the Government accepts it by signing Item 31B within the time specified in Item 13D, and (b) to furnish any required performance and payment bonds.

## 19. ACKNOWLEDGMENT OF AMENDMENTS

*(The offeror acknowledges receipt of amendments to the solicitation — give number and date of each)*

| AMENDMENT NO. | 1 | 2 | 3 | 4 | 5 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | 8/27/01 | 9/8/01 | 9/13/01 | 9/18/01 | 9/20/01 | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*
Paul Thompson, President

20B. SIGNATURE
[signature]

20C. OFFER DATE
9/25/01

## AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED
ALL

22. AMOUNT
$1,267,000.00

23. ACCOUNTING AND APPROPRIATION DATA
640-361-20160-1233-854200

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM (26)
PRE-COM

25. NEGOTIATED PURSUANT TO 10 USC 2304(c)( ) 41 USC 252(c)( )

26. ADMINISTERED BY CODE 90/CCA

VINCE OSORIO, CONTRACTING OFFICER (Martinez)
VA PALO ALTO HEALTH CARE SYSTEM
MARTINEZ DIVISION
150 MUIR ROAD
MARTINEZ, CA 94553

27. PAYMENT WILL BE MADE BY
SAME AS ITEM #26

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

RFP 261-0341-01 640-00-113L

| | |
|---|---|
| 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return __ ________ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)*<br>~~[illegible]~~ // Gary Adkins |
| 30B. SIGNATURE / 30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY [signature] / 31C. AWARD DATE 11/20/01 |

# EXHIBIT B

**SOLICITATION #: 261-0341-01**

**PROJECT #: 640-00-113L**

**DEPARTMENT OF VETERANS AFFAIRS**

**SPECIFICATIONS:**

**FOR: Renovate Interior Finish, Bldg. 90 Livermore Division**

**PRE-BID WALK: 09/04/01 @ 9:00AM**

**AT:** VA PALO ALTO HEALTH CARE SYSTEM
LIVERMORE DIVISION
4951 ARROYO ROAD
LIVERMORE, CA 94550

**ISSUED: August 17, 2001**

**OFFER DUE: September 20, 2001 @ 4:00PM**

**Property of VA PALO ALTO Health Care System**

**NAICS CODE: 233320**

NOTICE: This solicitation is unrestricted.

**RESULTING CONTRACT NO.:**

| AMENDMENT | |
|---|---|
| No. | DATE |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

EXHIBIT B

0

# SECTION 09800
# SPECIAL COATINGS
# FLOOR CONCRETE MOISTURE SEALANT

## PART 1 - GENERAL

### 1.01 SECTION INCLUDES

A. Multiple component specification for suspended, on, or below-grade horizontal concrete floors.
B. Repairs and preparation of concrete floors.

### 1.02 SYSTEM DESCRIPTION

The system shall consist of treatments designed to control alkalinity, and to reduce vapor emission to specified, measurable, compliance levels.

A. The system shall reduce emission levels to within 3.0 lbs, and should be installed in all cases where the starting calculation is 15.0 lbs or more.

### 1.03 QUALITY ASSURANCE

A. The treated area shall demonstrate a reduction of moisture vapor emission to the level specified by the manufacturer of the finish flooring materials.

B. The manufacturer of the vapor emission compliance treatment shall supply written proof of at least 10 years successful experience in vapor emission reduction. Provide at least 5 verifiable projects with address, contact and phone number where system was successfully used to reduce before emission from 15lbs or more to 3 lbs or less.

C. Manufacturer of the vapor emission compliance treatment shall have been in current business for a minimum of 10 years.

D. EPA – Environmental Protection Agency: All components must be V.O.C. compliant to current regulations.

E. Applicator shall have received training and be certified as approved and competent by the manufacturer of the system. Applicator shall provide written verification of such approval upon submittal of proposal.

F. Applicator shall provide upon request a valid contractor's license issued for the floor covering or waterproofing/painting trade, in the state in which this work will be done.

G. Upon completion of the system application, a 10-year warranty shall be given covering all labor and materials.

### 1.04 SUBMITTALS

A. Applicator shall furnish for approval, immediately upon request, material specifications together with catalogs, MSDS's and supporting data for the system. Owner shall respond within 15 days of receipt of such material.

B. C.O.T.R. reserves the right to accept or reject the submittal in whole or in part as may be deemed necessary for compliance with this specification.

## 1.05 ENVIRONMENTAL REQUIREMENTS

A. Application of all components of the system shall meet with all current environmental laws as prescribed by governing agencies.

B. Temperature and humidity of installation environment shall be at anticipated service conditions.

C. Provide adequate ventilation during application within an enclosed space.

D. Disposal of containers and materials and all costs thereof shall be the responsibility of the applicator.

## 1.06 QUANTIFICATION TESTING

A. Testing shall be conducted with calcium chloride test kits using the following test schedule: Minimum of 3 kits for up to one thousand square feet; and an additional test kit for each ensuing thousand square feet or portion thereof. Kits shall be placed in either a rectangular or cross-diagonal pattern. Procedures must be in strict accordance with ASTM S 1869-98.

# PART 2 - PRODUCTS

## 2.01 MATERIALS

A. The component shall be, penetrating, non-toxic, non-silicone, non-acrylic, non-epoxy, water-based silicate material with documented performance reduction in vapor emission when tested in accordance with the calcium chloride test method. The component shall be applied in a facility occupied by nursing home patients. Application of the component shall not cause nausea or discomfort to remaining patients in the facility. The C.O.T.R. will stop work immediately if adverse effect is experienced by patients and staff, and the contractor shall replace system entirely at no cost to the government.

B. The component shall include a coating mixture for bonding the system's multi-coat laminate, and to provide a top surface for bonding of flooring materials. The component shall be ~~compactable to~~ glue or mastic use by flooring manufacturer.
Compatible Add 9-5-01

## 2.02 PREPARATION

A. The extent of moisture vapor emission levels shall be determined by the use of prepackaged calcium chloride dome test kits, administered by independent laboratory or competent contractor or inspector. Tests will not be conducted by system manufacturer, it's affiliates or agents. Results of tests must be expressed in pounds of moisture vapor emitted per 24 hours in a 1,000 square foot area. In addition, measurements must be taken in the anticipated service environment. Since this testing requires 60 to 72 hours, such time must be planned into the schedule.

B. Cracks, joints, low spots and bumps shall be repaired as recommended by applicator of the system.

# PART 3 - EXAMINATION

## 3.01 EXAMINATION AND PREPARATION

A. Verify that surfaces are solid, free of loose particles, cracks, pits, rough projections or foreign

matter detrimental to maximum adhesion of the system.

B. Foreign materials detrimental to the system (such as curing compounds, sealers, loose patching materials or surface oil) shall be removed by mechanical scarification or shotblasting.

15. Section 09800, Par 3.01B – At end of paragraph, add "Surface preparation shall include removal of existing subgrade and materials by sandblasting and grinding of the existing concrete floor, exposing rough concrete surface. Fill with leveling compound and grind. See Section 09680, Resilient Tile Flooring. Final floor level shall be the same level with existing flooring." Ald 9-5-01

E. Based upon the results of the test data as described in section ~~1.06,~~ 1.03 B determine the level of remediation required. Such information must be obtained from the manufacturers of the products specified for the finished floor system. (use 15 pounds)

3.02 APPLICATION

A. Material application shall be in accordance with the manufacturer's currently published specifications, and only by an approved applicator ~~of the VECT-R System.~~ Ald 9-5-01

3.03 PROTECTION

B. The government shall be responsible for the protection of the system and system process immediately after completion and acceptance. Contractor shall be responsible for such protection until owner's acceptance.

END OF SECTION

TO: [scribbled out] GARY

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1

'ENDMENT #4 | 9/18/01 | 640-00-113L

ISSUED BY CODE
ONTRACTING OFFICER (CCA/90)
150 MUIR RD.
MARTINEZ, CA 94553

7. ADMINISTERED BY *(If other than Item 6)*
SAME AS BLOCK #6

SOLICITATION
261-0341-01

8/17/01

10A. MODIFICATION OF CONTRACT/ORDER

CODE | FACILITY CODE

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☒ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☒ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACT/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MDE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying offices, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return ONE copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section heading, including solicitation/contract subject matter where feasible.)*

A. REASON FOR AMENDMENT: TO CORRECT SPECIFICATIONS

B.. CHANGE SECTION 09800-SPECIAL COATINGS-FLOOR CONCRETE MOISTURE SEALANT-PAGE 09800-339, PARAGRAPH 3.01-(E), EXAMINATION AND PREPARATION, FROM AS READS "... SECTION 1.06, TO READ SECTION 1.03 (B)..." (USE 15LBS)

C. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Except as provided herein, all terms and conditions of this document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* VINCENT I. OSORIO Contracting Officer | |
|---|---|---|---|
| . CONTRACTOR/OFFEROR *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY [signature] *(Signature of Contracting Officer)* | 16C DATE SIGNED 9/18/01 |

In lieu of STANDARD FORM 30

# EXHIBIT C

Taylor Tools
11075 E. 47th Avenue
Denver, Colorado 80239
(303) 371-7567 Fax: 371-7669

04/22/02
04222WES

To: West Bay Builders
4951 Arroyo Rd.
Livermore, CA 94550

Fax: 925-245-0682

We have analyzed the Calcium Chloride Moisture Test Plot/s you recently sent us. The results were as follows.

| Plot # | Change in Weight grams | Test Duration Hours** | Result Lbs. *Moisture |
|---|---|---|---|
| TEST PLOT #1 | 4.6 | 66.50 | 7.52 |
| TEST PLOT #2 | 2.8 | 66.50 | 4.58 |
| * | 0.0 | 0.00 | 0.00 |
| * | 0.0 | 0.00 | 0.00 |
| * | 0.0 | 0.00 | 0.00 |
| * | 0.0 | 0.00 | 0.00 |
| * | | | |

*Results indicate the level of moisture migration (in lbs) over a 1,000 square foot area during a twenty four (24) hour time period. *Please contact the manufacturer of the products you wish to put down to ascertain the acceptable levels for those products.*

**Test duration must be from 60 to 72 hours. No results will be calculated on test duration out side this time period.

Results processed by:
Patty Applehans
Clerk

NOTICE

The numerical results reported above reflect the tests we performed on the samples we received at our office. We did not perform the moisture collection tests and we do not know if they were properly conducted or if anything occurred while the samples were in transit which could have affected our measurements of moisture content. Accordingly, we warrant only that the test results reported above accurately reflect the weight gain in the test plots over their standard dry weight

WBB-072

EXHIBIT C

# EXHIBIT D

04/29/02 15:23



# VAPRECISION

## Moisture Vapor Emission Test Report & Concrete Analysis

Job: V.A. Nursing Home, Bldg. 90
Contractor: West Bay Builders, Inc.

| Test No. | Location | Initialization Date | Time | Weight | Termination Date | Time | Weight | Gain | Hrs | Lbs Emiss. | pH | PSI | Perme-ability | Tra-mex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Stairway 1 | 07/23/99 | 08:25 | 30.5 | 07/26/99 | 10:52 | 38.1 | 7.6 | 74.5 | 12.1 | 13 | 8.100 | 1 | 5.7 |
| 2 | Electrical Room | 07/23/99 | 08:40 | 30.3 | 07/26/99 | 10:59 | 32.0 | 1.7 | 74.3 | 2.7 | 11 | 8.300 | 1 | 3.5 |
| 3 | Stairway 2 | 07/23/99 | 08:59 | 30.2 | 07/26/99 | 11:03 | 39.2 | 9.0 | 74.1 | 14.4 | 13 | 7.900 | 1 | 5.7 |
| 4 | B-181 | 07/23/99 | 09:15 | 30.8 | 07/26/99 | 10:57 | 36.9 | 6.1 | 73.7 | 9.8 | 13 | 7.900 | 1 | 5.7 |
| 5 | B-178 | 07/23/99 | 09:32 | 30.4 | 07/26/99 | 10:54 | 35.2 | 4.8 | 73.4 | 7.8 | 10 | 1 | 1 | 5.4 |
| 6 | Room (a) | 04/26/02 | 11:10 | 30.2 | 04/29/02 | 10:45 | 35.0 | 4.8 | 71.6 | 8.0 | 12 | | | 1.0 |
| 7 | Hallway | 04/26/02 | 11:12 | 30.3 | 04/29/02 | 10:47 | 36.2 | 5.9 | 71.6 | 9.8 | 13 | | | 1.0 |
| 8 | Hallway | 04/26/02 | 11:14 | 30.2 | 04/29/02 | 10:49 | 35.0 | 4.8 | 71.6 | 8.0 | 12 | | | 1.0 |
| 9 | Room (b) | 04/26/02 | 11:16 | 30.2 | 04/29/02 | 10:51 | 35.8 | 5.6 | 71.6 | 9.3 | 13 | | | 1.0 |

Emission summary:

| | | | | |
|---|---|---|---|---|
| 3.0+ | 6.0+ | 9.0+ 3 | 12.0+ 1 | 16.0+ |
| 4.0+ | 7.0+ 1 | 10.0+ | 13.0+ | 18.0+ |
| 5.0+ | 8.0+ 2 | 11.0+ | 14.0+ 1 | 20.0+ |

| | Temperature | Humidity |
|---|---|---|
| High | | |
| Low | | |

| Internal | | |
|---|---|---|
| RH | Temp. | DP |

Comments / Slab Age:

* - TESTS 1-5 NOT APPLICABLE. THESE TEST WERE PERFORMED BY FLOOR SEAL TECHNOLOGY AS A CONSULTANT TO THE VA PRIOR TO THIS CONTRACT.

EXHIBIT D

# EXHIBIT E

WEST BAY BUILDERS

237
General Contractor

P.O. Box 3474
San Rafael, California 94912-3474
Tel 415/456-8972
Fax 415/459-0665

April 30, 2002

Mr. Mel Koenig
VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2S05
McClellan, CA 05652-7590

RE: Renovation Building 90 - Livermore
Letter #237-007 – Floor Moisture Testing

Dear Mr. Koenig,

As we discussed this morning, according to paragraph 1.02.A of section 09800 (Special Coatings Floor Concrete Moisture Sealant) this section is to apply only where "the starting calculation is 15.0 lbs or more."

Please find the attached Calcium Chloride Moisture Test report dated 04/22/02. This report indicates results of 7.52 lbs and 4.58 lbs, which are well under the threshold for this specification. Based on this information, and the direction provided by the specification, it is our position that the scope outlined in section 09800 is not required.

Please let me know if you need any further information regarding this matter.

Sincerely,

Kurtis A. Vierra
Project Manager

---

**VIA FAX: (916) 561-7490 – 02 PAGES**

cc: Paul Thompson
Jobsite

EXHIBIT E

# EXHIBIT F

VETERANS HEALTH ADMINISTRATION
VISN 21 Consolidated Contracting Activity-McClellan
5342 Dudley Blvd., Room 2S05
McClellan Park, CA 95652-1074

## VIA TELEFAX

2 May 2002

West Bay Builders
Attn: Mr. Kurtis Vierra
615 Lindero St.
San Rafael, CA 94901

Subject: Contract V261C-1096, Bldg 90, Floor Moisture Sealant

Ref: WBB Letter of 30 April 2002

Dear Mr. Vierra:

Your letter regarding the necessity for application of floor moisture sealants has been reviewed and a technical opinion has been provided to me via e-mail which essentially reiterates the necessity for application of the sealant.

As you can see, Mr. Binsol, makes various points regarding the bid package and Amendment #4 which established the level of sealant required at 15 lbs to be brought down to a maximum of 3 pounds. Apparently, the level encountered is now revised to 14.4 lbs per his email with a final sealant result bringing the level down to 3 lbs as before.

It has also been noted that your approved schedule provides time for sealant application. If you felt that sealant was not required why did you schedule time for its application in your approved schedule?

One of the primary objectives of this remodeling project was to not only replace the tile but also to seal the subsurface. It is very doubtful that you install tile without substantial sealant levels would remain in place and useable given the fact that winter vapor pressure levels have already been measured at 14.4 lbs. How would you expect then for your tile to last for the required 10 year warranty period?

Please consider this letter as a formal response to your request. You are directed to proceed with sealing immediately. If you have further questions I will return to my office on Tues. 7 May.

EXHIBIT F

MELVIN P. KOENIG
Contracting Officer/ CCA 90

WBB -029

Attch: Engineering Response

**Koenig, Mel P.**

---

**Subject:** FW: Sealant-Building 90

**From:** Binsol, Armando
**Sent:** Thursday, May 02, 2002 12:56 PM
**To:** Bunoan, Wilson; Geisenhofer, Gary
**Subject:** RE: Sealant-Building 90

TO: Mel Koenig, Contracting Officer (CCA)
Thru: Gary Adkins (CCA)

1.This is Engineering response to the contractor's "RFI", reference Letter #237-007, Floor Moisture Testing, dated April 30, 2002.

2. Paragraph 1: The spec section 09800, section 1.02, para. A, confirms the contractor's statement.

3. Paragraph 2: We disagree with the contractor on rejecting the requirement of specification section 09800. The moisture test for the work required cannot be based on "current" test result conducted by the contractor on 4/22/02. The bid package was completed in September, 1999 and specification 09800 was prepared and bidded by contractors based on test result conducted by an independent test laboratory in 1999. If WBB has an issue on the moisture level at that time, it should have been brought prior to bid. The contractor's bid on the requirement of specification 09800 must have been based on a level of remediation prior to bid submission and cannot be based on test result conducted two months after start of construction.

4. Please direct the contractor to apply the floor sealant based on the Government test result of 14.4 lbs at no additional cost to the VA.

WBB-030

# EXHIBIT G

**WEST BAY BUILDERS**

General Contractor

P.O. Box 3474
San Rafael, California 94912-3474
Tel 415/456-8972
Fax 415/459-0665

# CHANGE PROPOSAL ESTIMATE

TO: VETERANS HEALTH ADMINISTRATION
5342 Dudley Blvd., Room 2S05
McClellan, CA 95652-7590

ATTN: MR. Melvin Koenig

CPE # 03
PCO #
DATE: May 2, 2002
PROJECT: LIVERMORE BLDG 90
JOB # 237

We submit for your approval the following cost estimate of changes in work as follows:
SHOTBLAST AND SEAL FLOORS WHERE MOISTURE TEST DOES NOT EXCEED THE 15LB
THRESHOLD IDENTIFIED IN SPECIFICATIONS

This change was requested by: OWNER

| ITEM | ATT. # | LABOR | MTL/EQUIP | SUBS | TOTAL |
|---|---|---|---|---|---|
| SURFACE SOLUTION INNOVATIONS | 01 | | | $121,185.00 | $121,185.00 |
| | | | | | $0.00 |
| ADDITIONAL CLEAN-UP | | | | | $0.00 |
| 2 MAN DAYS/PHASE X 4 PHASES = 64 HRS | | $3,264.00 | $200.00 | | $3,464.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| | | $3,264.00 | $200.00 | $121,185.00 | $124,649.00 |

| | | | |
|---|---|---|---|
| OVERHEAD | 15 % | $124,649.00 | $18,697.35 |
| | | SUBTOTAL | $143,346.35 |
| PROFIT | 10 % | $143,346.35 | $14,334.64 |
| | | | $157,680.99 |
| TOTAL AMOUNT FOR CHANGE PROPOSAL | | | $157,681.00 |
| TIME EXTENSION REQUIRED FOR THIS CHANGE | | | 30 (WORKING DAYS) |

☐ We have proceeded with this change, and work orders have been sent to the subcontractors, in accordance with

☒ We will not proceed with this change until receipt of a signed copy of this proposal. This proposal must be accepted by May 6, 2002 in order to avoid additional time extension and/or expense.

WE RESERVE THE RIGHT TO CLAIM FOR THE RELATED COSTS THAT MAY OCCUR DUE TO THE CHANGED CONDITION. THE EXTENT AND AMOUNT WILL BE DETERMINED AT A LATER DATE WHEN THE FULL IMPACT OF ITS IMPLEMENTATION CAN BE MORE ACCURATELY DETERMINED.

APPROVED: ______________________

DATE: ______________________

WEST BAY BUILDERS
BY: [signature]

WBB -101

EXHIBIT G

# EXHIBIT H

MAY-01-02 WED 10:04 SSI2000 Inc. 510 670 8870 P.02

# SURFACE SOLUTION INNOVATIONS 2000

1728 West Winton Ave
Hayward Ca. 94545
(510) 670-8877 Fax (510) 670-8870
CA License # 772660

WORK ORDER # **2443-K**

| | | |
|---|---|---|
| PROPOSAL SUBMITTED TO<br>WEST BAY BUILDERS | OFFICE PHONE<br>707 451-3259 | DATE<br>MAY 1, 2002 |
| ADDRESS<br>100 MONTE VISTA AVENUE | JOB NAME<br>VA HOSPITAL | CITY<br>LIVERMORE |
| CITY<br>VACAVILLE STATE CA ZIP CODE 95688 | JOB ADDRESS | SUITE FLOOR |
| ARCHITECT DATE OF PLANS | CONTACT NAME<br>KURT VIERRA | JOB PHONE |

We hereby submit specifications and estimates for:

1.) FURNISH AND INSTALL SINAK'S VECT-R 3 VAPOR EMISSION SYSTEM, GUARANTEED TO BRING ANY MOISTURE LEVEL DOWN TO 3 LBS. PRICE INCLUDES SHOTBLASTING TO PREPARE SUB-STRATE. FIGURED IN FOUR PHASES OF AT LEAST 6,000 SQ. FT. EACH.
PRICED @ $4.80 PER SQ. FT.

2.) FURNISH AND INSTALL CALCIUM CHLORIDE TESTS AT $65.00 EACH

3.) EXCLUDE: OVERTIME LABOR, DEMO AND PROTECTION.

24,800 SF
$4.80/SF
$119,040 SEALANT
$2,145 TESTING
$121,185 TOTAL

3 TESTS REQ'D FOR 1ST 1000 SF / PHASE
- 4 PHASES x 3 TESTS EA → (12 TESTS)
25,000 SF TOTAL
(4,000 SF) - 1ST 1000 SF / PHASE
21,000 SF 1 TEST / 1000 SF → 21 TESTS
33 TESTS x $65.00 → $2,145

| TYPE OF FLOOR: | Check One | TYPE OF INSTALLATION: | Check One | PULL-UPS: | Check One |
|---|---|---|---|---|---|
| Concrete X Wood: | Other: | G.D. Over pod: Lifts | Ardex X | Included | By Others |

WORK TO BE DONE BY CUSTOMER:
Provide smooth, broomclean subfloors, and 1000 sq.foot minimum contiguous areas free of other trades and equipment.

WE PROPOSE hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

TO BE DETERMINED dollars ($ TBD )

Payment to be made as follows:

NET 30 DAYS PER PHASE

Excluded from the above pricing:
Overtime labor, demolition and removal "abnormal subfloor preparations", i.e., grinding, leveling, floating, sealing, or ramping, washing and waxing of resilient floors, vacuuming carpet, protective coverings, and providing temporary heat or electricity, task lighting, furniture moving unless noted above.

Authorized Signature [signature]

Note: This proposal may be withdrawn by us if not accepted within 10 days.

ACCEPTANCE of PROPOSAL - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: ____________ Signature ____________ Signature ____________

Def EXH 5
Vierra
DATE 12-21-2006
L.RALLS, CSR 10070

WBB-102

EXHIBIT H