IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, v. THE UNITIED STATES, Defendant, | No. 04-1140C (Judge M. Sweeney) |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff West Bay Builders, Inc.'s Motion For Summary Judgment and Defendant the United States of America's Cross-Motion for Summary Judgment came on regularly for hearing on__________ in this Court, the Honorable Margaret M. Sweeney presiding. Timothy L. McInerney of McInerney & Dillon, PC., appeared on behalf of West Bay Builders, Inc. ____________________ appeared on behalf of the United States.

The Court having reviewed the moving parties' pleadings and papers, and the pleading and papers filed in response thereto, and after oral argument:

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED.

IT IS HERBY FURTHER ORDERED THAT a judgment in the amount of $128,833.00, plus interest on the principal amount accrued from June 10, 2002 onward, at the rate established by the Secretary of the Treasury, be entered against the Defendant.

IT IS HEREBY FURTHER ORDERED THAT Defendant's Cross-Motion for Summary Judgment is DENIED.

Dated: ___________, 2007 ___________________________________

The Hon. Margaret M. Sweeney

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2007, I electronically filed the foregoing Declaration, including the attached Exhibits, with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Tara Kathleen Hogan**
**Paul Reid Wellons**
U. S. Department of Justice
Civil Division- Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
(202) 307-1011
(202) 514-8624 (fax)
tara.hogan@usdoj.gov
paul.wellon@usdoj.gov

/s/ Timothy L. McInerney
Timothy L. McInerney