IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT

Defendant, the United States, respectfully requests an enlargement of time of fourteen (14) days, until and including October 19, 2007, for the Government to file its motion for summary judgment and to respond to West Bay Builders, Inc. ("West Bay")'s motion for summary judgment, as well as a fourteen day enlargement for the other two remaining briefing deadlines. This is defendant's first request for an extension of time for this purpose. Pursuant to the Court's June 20, 2007 order, the defendant's response and motion is currently due October 5, 2007. On October 2, 2007, counsel for West Bay indicated that it does not oppose this motion.

This motion is necessary in light of Government counsel's responsibilities in other cases before this Court and others. Specifically, counsel is responsible for responding to discovery requests in Chrysler Corporation v. United States (CIT Case No. 07-0041), taking depositions in Gee & Jenson Engineers, Architects & Planners v. United States (Fed. Cl. Case No. 05-457) the week of September 24-28 in W. Palm Beach, FL, and preparation for oral argument in Jonathan Astor, et al. v. United States (Fed. Cl. Case No. 05-248). In addition, counsel of record for the defendant has scheduled annual leave the week of October 8-12, 2007. These responsibilities have prevented counsel from preparing the motion for summary judgment by October 5, 2007, as

originally anticipated. Thus, additional time is necessary for counsel to thoroughly prepare the Government's response to West Bay's motion for summary judgment, to receive appropriate supervisory review and to obtain anticipated assistance from the agency in this brief's preparation.

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time of fourteen (14) days, until and including October 19, 2007, within which to respond to West Bay's motion for summary judgment. The defendant also respectfully requests that this Court similarly modify the June 20, 2007 scheduling order to allow a fourteen (14) day enlargement of time for the remaining deadlines, so that West Bay's reply brief, currently due October 19, 2007 will be due November 2, 2007 and the United States' reply brief, currently due on November 2, 2007 would be due on November 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney

Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

October 3, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on October 3, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time to File Motion for Summary Judgment" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan