# In the United States Court of Federal Claims

No. 04-1140C
(Filed: October 5, 2007)

************************************
WEST BAY BUILDERS, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

## ORDER

On October 3, 2007, defendant filed its Unopposed Motion for an Enlargement of Time to File a Motion for Summary Judgment ("motion"). In its motion, defendant seeks an enlargement of fourteen days, to and including October 19, 2007, to respond to plaintiff's motion for summary judgment and to file a cross-motion for summary judgment. Defendant represents that this is its first request for an enlargement of time for this purpose, that plaintiff does not oppose this motion, and that the enlargement is necessary because of counsel's caseload.

**Accordingly, the court GRANTS defendant's Unopposed Motion for Enlargement of Time to File a Motion for Summary Judgment.** The parties' briefing schedule is modified as follows:

1. **Defendant's Response to Motion/Cross-Motion for Summary Judgment shall be filed no later than Friday, October 19, 2007.**

2. **Plaintiff's Reply/Response To Defendant's Cross-Motion shall be filed no later than Friday, November 2, 2007.**

3. **Defendant's Reply shall be filed no later than Friday, November 16, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge