# In the United States Court of Federal Claims

No. 04-1140C
(Filed: October 22, 2007)

```
***********************************
WEST BAY BUILDERS, INC.,          *
                                  *
              Plaintiff,          *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
              Defendant.          *
***********************************
```

**ORDER**

On October 19, 2007, defendant filed its Cross-Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment ("Cross-Motion"). The Clerk of the Court noted a defect in the filing. Pursuant to Rule 5.2(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), a brief must contain the "table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix," RCFC 5.2(a)(1)(A), and "if an appendix is used and is not incorporated into the same volume as the brief, there shall be, at the beginning of the appendix, a table of contents or index listing the various items in the appendix," RCFC 5.2(a)(1)(G). Defendant filed an appendix with its Cross-Motion; however, the Table of Contents section of defendant's Cross-Motion did not contain the specific contents of the appendix.

Because the defect is harmless, the court directs the Clerk to file defendant's Cross-Motion by leave of court.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge