IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, | ) | |
| v. | ) | No. 04-1140C (Judge M. Sweeney) |
| THE UNITIED STATES, Defendant, | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff West Bay Builders, Inc. ("West Bay") respectfully requests an enlargement of time of seven (7) days, until and including November 9, 2007, for West Bay to file its response to Defendant the United States' cross-motion for summary judgment and reply to Defendant's opposition to West Bay's motion for summary judgment, as well as a seven day enlargement for the remaining briefing deadline. This is West Bay's first request for an extension of time for this purpose. Pursuant to the Court's October 5, 2007 order, West Bay's response and reply is currently due November 2, 2007. On November 2, 2007, counsel for the Defendant indicated that it does not oppose this motion.

This motion is necessary in light of West Bay's counsel's responsibilities in other matters during the time that preceded the November 2 due date. These responsibilities include responding to discovery requests and trial preparations on behalf of West Bay and other clients in several cases venue in California. These responsibilities have prevented counsel from preparing West Bay's

response and reply in this matter by November 2, 2007, as originally anticipated. Thus, a short extension is necessary for counsel to thoroughly prepare West Bay's response and reply to Defendant's cross-motion for summary judgment and to obtain anticipated assistance from the client in this brief's preparation.

For the reasons stated above, West Bay respectfully requests that the Court grant this enlargement of time of seven (7) days, until and including November 9, 2007, within which to respond to Defendant's cross-motion for summary judgment and to reply to Defendant's opposition to West Bay's motion for summary judgment. West Bay also respectfully requests that this Court similarly modify the October 5, 2007 scheduling order to allow a seven (7) day enlargement of time for the remaining deadline, so that Defendant's reply brief, currently due November 16, 2007 will be due November 23, 2007.

Respectfully submitted,

/s/ Timothy L. McInerney

Timothy L. McInerney
McInerney & Dillon PC
1999 Harrison Street
Oakland, CA 94612
(510) 465-7100
(510) 465-8556

Attorneys for Plaintiff

Dated: November 2, 2007

**CERTIFICATE OF FILING**

I hereby certify that on November 2, 2007, I electronically filed the foregoing Motion for an Enlargement of Time to File Opposition and Reply with the Clerk of the Court using the ECF system which will send notification of such filing to all parties by operation of the Court's ECF system. Parties may access this filing through the Court's system.

/s/ Timothy L. McInerney
Timothy L. McInerney