# In the United States Court of Federal Claims

No. 04-1140C
(Filed: November 5, 2007)

| | |
|---|---|
| WEST BAY BUILDERS, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

On November 2, 2007, plaintiff filed its Unopposed Motion for an Enlargement of Time to File Response to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment ("motion"). In its motion, plaintiff seeks an enlargement of seven (7) days, until and including November 9, 2007, to respond to defendant's cross-motion for summary judgment and to reply to defendant's opposition to plaintiff's motion for summary judgment, as well as a seven day (7) enlargement for the remaining briefing deadline. Plaintiff represents that this is its first request for an enlargement of time for this purpose, that defendant does not oppose this motion, and that the enlargement is necessary because of counsel's caseload.

**Accordingly, the court GRANTS plaintiff's Unopposed Motion for Enlargement of Time to File a Response to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment**. The parties' briefing schedule is modified as follows:

1. **Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment and Reply to Defendant's Opposition to Plaintiff's Motion for Summary Judgment shall be filed no later than Friday, November 9, 2007.**

2. **Defendant's Reply shall be filed no later than Friday, November 23, 2007**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge