IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1140C |
| | ) | (Judge Sweeney) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR AN ENLARGEMENT OF TIME TO FILE REPLY BRIEF

Defendant, the United States, respectfully requests an enlargement of time of seven (7) days, until and including December 3, 2007, for the Government to file its reply to West Bay's response to the defendant's cross-motion for summary judgment. This is the defendant's first request for an extension of time for this purpose. The defendant's reply brief is currently due November 26, 2007. On November 26, 2007, counsel for plaintiff, Mr. McInerney, indicated that West Bay will not oppose this motion.

Defendant's counsel requires additional time to coordinate the Government's reply brief. Defendant's counsel was unable to obtain anticipated assistance in the preparation of this brief from the Department of Veterans Affairs prior to the present deadline for filing the reply brief, due to the recent Thanksgiving holiday and other obligations. In addition, defendant's counsel had two response briefs due in the United States Court of Appeals for the Federal Circuit on November 20 and 21, 2007: Savitz v. DVA, case no. 2007-7239 and American Legion v. DVA, case no. 2007-7186. Additional time is necessary for counsel to thoroughly prepare the Government's reply brief, to receive appropriate supervisory review and to obtain anticipated assistance from the agency in this brief's preparation.

For the reasons stated above, defendant respectfully requests that the Court grant this enlargement of time of seven (7) days, until and including December 3, 2007, within which to file its reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Deborah A.Bynum
DEBORAH A. BYNUM
Assistant Director

S/Tara K. Hogan
TARA K. HOGAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th floor
Washington, D.C. 20530
Tele: (202) 616-2228
Fax: (202) 305-7643

November 26, 2007

Attorneys for Defendant

CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on November 26, 2007, a copy of the foregoing "Defendant's Unopposed Motion for an Enlargement of Time to File Reply Brief" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Tara K. Hogan