# In the United States Court of Federal Claims

No. 04-1140C
(Filed: November 26, 2007)

| | |
|---|---|
| WEST BAY BUILDERS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

On November 26, 2007, defendant filed its Unopposed Motion for an Enlargement of Time to File Reply Brief ("motion"). In its motion, defendant requests an enlargement of seven (7) days, until and including December 3, 2007, to reply to plaintiff's response to its cross-motion for summary judgment. Defendant represents that this is its first request for an enlargement of time for this purpose, that plaintiff does not oppose this motion, and that the enlargement is necessary because counsel requires additional time to coordinate preparation of its reply brief with the Department of Veterans Affairs on account of the recent Thanksgiving holiday and other obligations.

The Clerk of the Court noted that defendant's motion was untimely because, by the court's order dated November 5, 2007, defendant's reply was initially due today. The court, however, directs the Clerk to file defendant's motion, document #64, by its leave.

**Accordingly, the court GRANTS defendant's Unopposed Motion for Enlargement of Time to File Reply Brief. Defendant shall file its reply brief no later than Monday, December 3, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge