IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WEST BAY BUILDERS, INC., Plaintiff, v. THE UNITIED STATES, Defendant, | ) | No. 04-1140C (Judge M. Sweeney) |

**Plaintiff's Request for Judicial Notice in Support of Plaintiff's Motion to Withdraw Admissions**

Pursuant to Federal Rule of Evidence 201 Plaintiff West Bay Builders, Inc. ("West Bay") hereby requests that this Court take judicial notice of the following pleading in the Court's files, including (but not limited to):

1. Plaintiff's Motion for Summary Judgment, filed on September 18, 2007.
2. Defendant the United States' Appendix to Cross-motion for Summary Judgment, filed on October 19, 2007.
3. Defendant the United States' Cross-Motion for Summary Judgment, filed on October 19, 2007.
4. Defendant the United States' Proposed Finding of Uncontroverted Facts, filed on October 19, 2007.
5. Plaintiff's Response to Defendant's Cross-Motion for Summary Judgment, filed on November 9, 2007.

Respectfully submitted,

/s/ Timothy L. McInerney

Timothy L. McInerney
McInerney & Dillon PC
1999 Harrison Street
Oakland, CA 94612

(510) 465-7100
(510) 465-8556

Attorneys for Plaintiff

Dated: January 16, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2008, I electronically filed the foregoing Plaintiff's Request for Judicial Notice in Support of Plaintiff's Motion to Withdraw Admissions with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Tara Kathleen Hogan**
U. S. Department of Justice
Civil Division- Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
(202) 307-1011
(202) 514-8624 (fax)
tara.hogan@usdoj.gov

/s/ Timothy L. McInerney
Timothy L. McInerney