IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WEST BAY BUILDERS, INC.,<br>Plaintiff,<br>v.<br>THE UNITIED STATES,<br>Defendant, | No. 04-1140C<br>(Judge M. Sweeney) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND OBJECTION TO EVIDENCE**

Plaintiff West Bay Builders, Inc. ("West Bay") respectfully requests an enlargement of time of eight (8) days, until and including February 19, 2008, for West Bay to file its Reply in support of Plaintiff's Motion to Strike and Objection to Evidence ("the Reply"). This is West Bay's first request for an extension of time for this purpose. West Bay's Reply is currently due February 11, 2008. On February 7, 2008, counsel for the Defendant indicated that it does not oppose this motion.

This motion is necessary in light of West Bay's counsel's responsibilities in other matters during the time that preceded the February 11 due date. These responsibilities include responding to discovery requests and trial preparations on behalf of West Bay and other clients in several cases venue in California. These responsibilities have prevented counsel from preparing West Bay's response and reply in this matter by February 11, 2008, as originally anticipated. Thus, a short extension is necessary for counsel to thoroughly prepare West

Bay's Reply and to obtain anticipated assistance from the client in this brief's preparation. Furthermore, the February 19, 2008 date is also the due date for West Bay's reply in support of West Bay's Motion to Withdraw Admissions; with the new briefing schedule, West Bay will have two reply briefs due on the same date.

For the reasons stated above, West Bay respectfully requests that the Court grant this enlargement of time of eight (8) days, until and including February 19, 2008, within which to submit its Reply.

Respectfully submitted,

/s/ Timothy L. McInerney

Timothy L. McInerney
McInerney & Dillon PC
1999 Harrison Street
Oakland, CA 94612
(510) 465-7100
(510) 465-8556

Attorneys for Plaintiff

Dated: February 8, 2008

**CERTIFICATE OF FILING**

I hereby certify that on February 8, 2008, I electronically filed the foregoing Motion for an Enlargement of Time to File Reply in Support of Plaintiff's Motion to Strike and Objection to Evidence with the Clerk of the Court using the ECF system which will send notification of such filing to all parties by operation of the Court's ECF system. Parties may access this filing through the Court's system.

/s/ Timothy L. McInerney
Timothy L. McInerney