# In the United States Court of Federal Claims

No. 04-1140 C
(Filed: February 8, 2008)

```
***********************************
WEST BAY BUILDERS, INC.,          *
                                  *
                 Plaintiff,       *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
                 Defendant.       *
***********************************
```

**ORDER**

On February 8, 2008, plaintiff filed its Unopposed Motion for an Enlargement of Time to File Reply in Support of Plaintiff's Motion to Strike and Objection to Evidence ("motion"). In its motion, plaintiff requests an enlargement of eight (8) days, until and including February 19, 2008, to file its reply, which is currently due February 11, 2008. Plaintiff represents that this is its first request for an enlargement of time for this purpose and that defendant does not oppose its motion.

**Accordingly, the court GRANTS plaintiff's motion. Plaintiff shall file its reply no later than Tuesday, February 19, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge