# In the United States Court of Federal Claims

No. 04-1140 C
(Filed: June 24, 2008)

| | |
|---|---|
| WEST BAY BUILDERS, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |

## ORDER

The court recently issued a ruling in the above-captioned case denying plaintiff's motion to withdraw deemed admissions. The court intends to issue a decision on the parties' pending motions in the near future. In order to facilitate an expeditious resolution of this matter, the court seeks input from the parties concerning whether plaintiff's deemed admissions have narrowed or resolved any pending issues presented to the court. **Accordingly, each party shall file, by no later than Tuesday, July 1, 2008, a status report indicating its respective position concerning the impact, if any, of plaintiff's deemed admissions upon the issues presented in this case.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge